IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| COUPONCABIN LLC., a Delaware Limited Liability Company, ) ) ) ) Plaintiff, ) ) vs. ) ) PRICETRACE, LLC., a Texas Limited Liability Company, ) ) ) Defendant. ) | No. Honorable Judge: |

## COMPLAINT

Plaintiff, CouponCabin LLC., (hereinafter "CouponCabin"), by its attorneys, McKnight & Kitzinger, LLC, complains against the Defendant, PriceTrace, LLC., (hereinafter "PriceTrace") as follows:

### JURISDICTION AND VENUE

1. This action is based upon a federal question subject to 28 U.S.C. §1331 and 1338 as this action alleges violation of federal statute under the CFAA (18 U.S.C. §1030 *et seq*.) The court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367.

2. Venue is proper under 28 U.S.C. §§ 1391 as the claims alleged in this action arose in this judicial district, a substantial part of the transactions and events occurred in this judicial district, and the Defendant has substantial contacts with this district.

### PARTIES

3. The Plaintiff, CouponCabin is a Delaware Limited Liability Company with its principal place of business located at 21 West Illinois Street, Chicago, Illinois. CouponCabin

1

owns and operates a website which focuses on providing coupon content for its users over the internet.

4. The Defendant, PriceTrace is a Texas Limited Liability Company with its principal place of business located at 740 East Campbell Road, Suite 700, Richardson, Texas. PriceTrace is also in the business of owning and operating a website providing coupon content for its users over the internet. PriceTrace is also the owner of a website called dealmoon.com.

## FACTS COMMON TO ALL COUNTS

5. CouponCabin is a leading provider of online, printable and grocery coupons for more than 3,000 retailers and merchants, and provides more than 20,000 active and genuine coupons, coupon codes, discount offers and/or links for said information. ("Coupon Content").

6. CouponCabin provides the above material and informational services through its website, [www.couponcabin.com](www.couponcabin.com). ("The Site").

7. CouponCabin has spent significant time, money, resources and effort developing its Site content, Coupon Content, trademarks and copyrighted material in the Site. In order to make the Site successful and beneficial to CouponCabin's users, CouponCabin has spent considerable time, money and resources developing and maintaining relationships with online merchants and retailers.

8. CouponCabin receives a commission from these merchants and retailers in return for directing internet traffic and potential customers to their websites. CouponCabin's business goodwill among its users and its relationships to the aforesaid merchants and retailers has taken years to build and perfect.

9. CouponCabin takes steps to protect and safeguard its Coupon Content through various technological safety measures and strict Terms and Conditions on its Site.

10. Users of the Site agree to abide by the Terms and Conditions whenever they access the Site or use the Site's services.

11. CouponCabin employs specialists in the computer and internet industry and specialized software and systems to monitor activity on its Site and prevent unauthorized access and misappropriation of its Coupon Content and proprietary information.

12. That on or about October 2018, CouponCabin's security measures discovered that dealmoon.com, a website owned and operated by Defendant PriceTrace, was accessing CouponCabin's Site and copying, harvesting and scraping CouponCabin's copyrighted and proprietary information and Coupon Content without authorization in violation of CouponCabin's Terms and Conditions as well as state and federal law.

13. That the actions of PriceTrace are an intentional violation of the Terms and Conditions of CouponCabin's Site.

14. That further investigation uncovered that PriceTrace's agents, employees and other individuals associated with Defendant have registered accounts on the Site and used said accounts to access CouponCabin's proprietary information and Coupon Content in an unauthorized manner.

15. Upon discovery of PriceTrace's illegal and unauthorized misappropriation of CouponCabin's proprietary information and Coupon Content, it sent Cease & Desist letters to PriceTrace and its agents or affiliates and employees on October 8, 2018, October 16, 2018 and October 22, 2018. (See Group Exhibit A).

16. That as detailed in the aforementioned Cease & Desist correspondence, PriceTrace, through its website dealmoon.com, violated the Site's Terms and Conditions and

gained access and use to the Site's proprietary information and Coupon Content illegally for the benefit of dealmoon.com and PriceTrace.

17. That despite the aforementioned warnings and revocations of authorization to the Site, PriceTrace through dealmoon.com, has continued to illegally access and use CouponCabin's proprietary information and Coupon Content.

18. The Site is an original copyrighted work. Some of the significant original elements of the Site are the distinctive page layout, design, graphical elements and organization of Coupon Content.

19. CouponCabin is also owner of several registered trademarks with respect to its business and the Coupon Content on its Site.

20. All users must abide by the Terms and Conditions of the Site, which among other things expressly prohibits unauthorized access and misappropriation of the Coupon Content. (See Exhibit B).

21. The Terms and Conditions specifically prohibit the "the use of manual or automated software, robots, scripts, devices or any other extraction tools or means of systematic retrieval to access, "spider," "scrape," "harvest," "crawl" or otherwise act on (i) any pages of the Services, (ii) any data, materials or content contained in or found on the Services or (iii) any server owned or controlled by CouponCabin" and "manually accessing the Services (or any server owned or controlled by CouponCabin or its agent) and copying, saving, downloading or recording in a manner inconsistent with the personal license granted herein any data, materials or content contained in or found on the Services." (See Exhibit B).

22. That CouponCabin has employed third-party specialists in technological protections to safeguard the Coupon Content on the Site. These cyber security measures discover

and locate suspicious activity and block access to the Site. The aforementioned security measures are technical and extensive.

23. That PriceTrace though its agents, employees or associates have bypassed CouponCabin's security systems to illegally gain access and use of its Coupon Content on the site to the detriment of CouponCabin.

24. That PriceTrace though its agents, employees or associates have gained unauthorized access to the Site and copied and harvested CouponCabin's copyrighted and proprietary information and Coupon Content to the detriment of CouponCabin.

25. That the actions of PriceTrace through its agents, employees or associates, by misappropriating Coupon Content from the Site and using the Site in violation of the Terms and Conditions, and by using methods to circumvent CouponCabin's technological protections, have allowed the distribution and use of the Site's Coupon Content without the authorization of CouponCabin.

26. That CouponCabin's proprietary information and Coupon Content has taken years of development and effort and is thus, unique and distinct to which it has a clear and ascertainable right to the protection of its proprietary information and Coupon Content.

27. That PriceTrace's actions and continued unauthorized actions are causing real and immediate irreparable harm to CouponCabin to which there is no remedy at law.

28. That given the nature of PriceTrace's violations, CouponCabin is likely to succeed on the merits of its claims.

29. That the balance of equities favors CouponCabin's equitable rights over PriceTrace.

## COUNT I
## VIOLATION OF COMPUTER FRAUD AND ABUST ACT
## 18.U.S.C.§1030 ET SEQ

30. Plaintiff adopts and re-alleges paragraphs 1-29 as though fully set forth herein.

31. CouponCabin's computers and servers are involved in interstate and foreign commerce and communication and are protected under 18 U.S.C. §1030(e)(2).

32. That Defendant knowingly accessed Plaintiff's computers and servers without authorization or in excess of the authorization permitted and in circumvention of the technical barriers Plaintiff employed to protect its proprietary information and Coupon Content.

33. That after gaining unauthorized access to Plaintiff's computers and servers, the Defendant obtained and used valuable information from Plaintiff's protected computers and servers in transactions involving interstate or foreign communications in violation of 18 U.S.C. §1030(a)(2) and distributed Plaintiff's proprietary information and Coupon Content to third parties.

34. That the Defendant's willful intent to gain unauthorized use and access to Plaintiff's computers and servers was for the purpose of obtaining something of value in violation of 18.U.S.C.§1030(a)(4).

35. That Defendant's access and authorization to the Site was restricted and revoked multiple times.

36. Plaintiff has sustained damages and loss by Defendant's violations including but not limited to, harm to Plaintiff's computer systems, expenses associated with the investigation, remedial action and increased protection to Plaintiff's computer systems, lost business opportunities and clientele, damage to Plaintiff's goodwill and relationships.

## COUNT II
## TRADE SECRET MISAPPROPRIATION

37. Plaintiff adopts and re-alleges paragraphs 1-29 as though fully set forth herein.

38. That at all relevant times, there was in full force and effect in Illinois 765 ILCS 1065/1 *et seq.*, known as the Illinois Trade Secrets Act.

39. That Plaintiff's proprietary information and Coupon Content were Trade Secrets under 765 ILCS 1065/2(d).

40. That the Defendant wrongfully and intentionally misappropriated Plaintiff's Trade Secrets by improper acquisition and use.

41. That as a direct and proximate result of Defendants' actions, Plaintiff sustained monetary damages, business prospects and damaged reputation and goodwill in the industry.

## COUNT III
## TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

42. Plaintiff adopts and re-alleges paragraphs 1-29 as though fully set forth herein.

43. Plaintiff has a reasonable expectation of economic benefit from its Site, proprietary information and Coupon Content.

44. That Defendant is fully aware of Plaintiff's business relationships and continued economic expectations as they are a competitor in the industry and had registered accounts on Plaintiff's Site.

45. That Defendant used its unauthorized knowledge and misappropriated proprietary information of Plaintiff to its advantage and the detriment of Plaintiff.

46. That Defendant intentionally interfered with Plaintiff's expected economic benefits with full knowledge its actions would damage Plaintiff's business.

47. That had Defendant not interfered with Plaintiff's expected economic advantages Plaintiff would still have said expectations and relationships.

48. As a direct and proximate result of Defendants' actions, Plaintiff sustained monetary damages, loss of expected business and goodwill.

## COUNT IV
## BREACH OF CONTRACT

49. Plaintiff adopts and re-alleges paragraphs 1-29 as though fully set forth herein.

50. Use of Plaintiff's website and use of Plaintiff's services are governed by and subject to the CouponCabin Terms and Conditions. (See Exhibit B)

51. Said Terms and Conditions are at the bottom of every page of the Site and by accessing and using the Site of any content, users agree to the Terms and Conditions for authorized access.

52. That users are not permitted to access and use the Site's services without agreeing to the Terms and Conditions.

53. That the Terms and Conditions are a legally binding and enforceable contract with the Site's users.

54. That the Terms and Conditions are prominent and users have constructive knowledge of said Terms and Conditions by notice on the Site.

56. That Defendant's actions are a breach of the Terms and Conditions.

57. That Plaintiff has sustained damages as a result of Defendant's breach.

## PRAYER FOR RELIF

WHEREFORE, CouponCabin respectfully prays that judgment be entered against PriceTrace in one or more of the following:

1. Preliminary and Permanent Injunctive relief enjoining and restraining the Defendant, its employees, representatives, agents, affiliates and all persons or entities, foreign or domestic, from accessing and using the Site for any commercial purpose whatsoever, along with penalties for failure to comply, to release and return all proprietary information and Coupon Content and/or destroy any such information and material, and to immediately Cease & Desist the access and use of CouponCabin's proprietary information to any third-parties, and any other relief this court deems just and necessary;

2. Award CouponCabin restitution and damages including but not limited to, compensatory damages in excess of $100,000 statutory damages, punitive damages and reasonable attorney fees as permitted by law;

3. Any further relief permitted by law and proved by the evidence this court deems just and necessary.

4. Plaintiff demands trial by jury.

                                        Respectfully submitted,

                                        /s/Bryan T. Butcher
                                        Bryan T. Butcher
                                        One of the Attorneys for Plaintiff

Bryan T. Butcher
McKnight & Kitzinger, LLC
805 N. Milwaukee Ave, Suite 400
Chicago, IL 60642
(312) 463-9400
bbutcher@mkplawyers.com