

October 8, 2018

**VIA EMAIL**

Teresa Gong
teresa.gong@yahoo.com

Re: Unauthorized Access and Use of CouponCabin's Services and Property

Dear Ms. Gong:

You are receiving this notice from CouponCabin LLC ("CouponCabin"), owner and operator of the CouponCabin.com website and related services and applications. CouponCabin has amassed substantial evidence that you have engaged and are continuing to engage in a significant level of data harvesting and content misappropriation from the CouponCabin.com website and services. This conduct is unauthorized, is in violation of the Terms and Conditions agreement governing the use of the CouponCabin services, and is unlawful. Accordingly, you are liable for damages and penalties under state and federal law.

As you are clearly aware, CouponCabin is a leading provider of online coupons, codes and cash back for more than 3,000 merchants and stores. The CouponCabin services include a highly developed set of coupons, coupon codes, discount offers, links and other content and data, all of which is a critical component of CouponCabin's business and which CouponCabin has spent and continues to spend significant time and resources developing. Given the proprietary nature of this content and data, and the investment of resources in developing it, CouponCabin takes steps to protect and safeguard its services and content from unlawful access and misappropriation, and has a strict Terms and Conditions agreement governing the use of its services.

Your actions are in direct violation of the clear and express prohibition in CouponCabin's Terms and Conditions against unauthorized content misappropriation and copying. By breaching the access and use restrictions in the Terms and Conditions, you are in violation of federal and state law, including the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, et seq., and the Digital Millennium Copyright Act, 17 U.S.C. § 1201 et seq., under federal law, and breach of contract, tortious interference with contract and trespass under applicable state law.

You are cautioned that CouponCabin does not hesitate to take immediate legal action to protect its services from unlawful access, content theft and misappropriation. This is demonstrated by a lawsuit we filed in 2015 against a number of our competitors: see *CouponCabin LLC v. Sazze, Inc. d/b/a DealsPlus, Savings.com, Inc., Cox Target Media, Inc., Internet Brands, Inc. and Linfield Media, LLC,* **Case No. 2:14-cv-39,** filed in the United States District Court for the Northern District of Indiana (November 2, 2015) against alleged data and content harvesters, for activity identical to the activity we can show was undertaken from your IP addresses.

**Group Exhibit A**

Teresa Gong
teresa.gong@yahoo.com
Page 2 of 2

In light of the foregoing, CouponCabin demands that you immediately cease and terminate any scraping, harvesting or other misappropriation of content and data from the CouponCabin.com website and services, now and in the future. Furthermore, any implied authorization to access the CouponCabin.com website and CouponCabin services, and the servers and computers that constitute it, is **hereby revoked**, and any access or use in the future is **without authorization** within the meaning of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 et seq.

Please be advised that due to the extent of unlawful activity that you have undertaken, CouponCabin will be forced to take legal action against you or your employer to protect its rights against these unlawful acts of breach of contract, tortious interference with contract and trespass under state law, and violations of the federal statutes referred to above.

In order to avoid litigation, you or your attorney must contact me immediately to discuss on whose behalf you have undertaken the conduct described in this letter. I can be reached at dcordiano@couponcabin.com. **We must hear from you or your attorney by the close of business on Friday, October 12.** If we do not hear from you by such date, we will have no choice but to proceed with legal action against you personally. This letter shall not entitle you to any other or further notice or demand before we file a lawsuit or pursue any legal remedy.

This notice is without prejudice to any of our rights, powers, privileges and remedies, all of which are hereby expressly reserved.

Sincerely,

Douglas Cordiano
General Counsel
CouponCabin LLC



October 16, 2018

**VIA EMAIL AND FEDEX**

PriceTrace LLC
740 East Campbell Road, Suite 700
Richardson, Texas 75081
Attn: Lu Shen, CEO

PriceTrace LLC
500 North Central Expressway, Suite 231
Plano, Texas 75074
Attn: Feng Chen, Registered Agent

Re: Unauthorized Access and Use of CouponCabin's Services and Property

Dear Mr. Shen:

CouponCabin LLC ("CouponCabin") is a leading provider of online coupons, codes and cash back for more than 3,000 merchants and stores. CouponCabin provides these coupons and offers to its customers through its website CouponCabin.com and its emails to users (together with other offerings from CouponCabin, the "CouponCabin Services"). CouponCabin has amassed substantial evidence that PriceTrace LLC, owners and operator of the Dealmoon.com website (referred to together as "Dealmoon"), and its agents have engaged and are continuing to engage in a significant level of data harvesting and content misappropriation from the CouponCabin Services. This conduct is unauthorized, is in violation of the Terms and Conditions agreement governing the use of the CouponCabin services, and is unlawful. Accordingly, you are liable for damages and penalties under state and federal law.

The CouponCabin services include a highly developed set of coupons, coupon codes, discount offers, links and other content and data, all of which is a critical component of CouponCabin's business and which CouponCabin has spent and continues to spend significant time and resources developing. Given the proprietary nature of this content and data, and the investment of resources in developing it, CouponCabin takes steps to protect and safeguard its services and content from unlawful access and misappropriation, and has a strict Terms and Conditions agreement governing the use of its services.

**Recent Unauthorized Access and Use by Dealmoon**

CouponCabin has recently discovered and amassed evidence through its security systems that Dealmoon and its agents have engaged in a substantial level of data harvesting and copying from the CouponCabin Services, in direct violation of the clear and express prohibition in CouponCabin's Terms and Conditions against unauthorized content misappropriation and copying. By breaching the access and use restrictions in the Terms and Conditions and violating the possessory rights of CouponCabin, Dealmoon and its agents have acted in violation of federal and state law, including the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, et seq., and the Digital Millennium Copyright Act, 17 U.S.C. § 1201 et seq., under federal law, and breach of contract, tortious interference with contract and trespass under applicable state law.

Lu Shen
October 16, 2018
Page 2 of 3

### Previous Litigation

You are cautioned that CouponCabin does not hesitate to take immediate legal action to protect its services from unlawful access and content theft and misappropriation. This is demonstrated by a previous lawsuit filed against a number of our competitors: *see CouponCabin LLC v. Sazze, Inc. d/b/a DealsPlus, Savings.com, Inc., Cox Target Media, Inc., Internet Brands, Inc. and Linfield Media, LLC, Case No. 2:14-cv-39*, filed in the United States District Court for the Northern District of Indiana (November 2, 2015) against alleged data and content harvesters, for activity identical to the activity we can show has been undertaken by Dealmoon and its agents.

### Unlawful Conduct by Dealmoon

Among other things, the Terms and Conditions agreement governing use of the CouponCabin Services provides that users are granted a *"limited license to access and use the Services for personal, noncommercial purposes, in strict accordance with the terms and conditions in this Agreement"* and that manually accessing the CouponCabin Services and copying or recording content in a manner inconsistent with such personal license is prohibited.

Furthermore, the Terms and Conditions state the following near the top of the page:

> UNAUTHORIZED ACCESS, REPRODUCTION, COPYING, SAVING, DOWNLOADING, RETRANSMISSION, PUBLICATION, AGGREGATION, CATALOGUING, SALE, DISTRIBUTION OR ANY OTHER FORM OF TRANSFER OR UNAUTHORIZED USE OR EXPLOITATION OF ANY PORTION OF THE SERVICES, INCLUDING BUT NOT LIMITED TO ANY AND ALL CONTENT FOUND ON THE SERVICES, IS EXPRESSLY PROHIBITED.

By gaining unauthorized access to the CouponCabin Services and harvesting and copying content, Dealmoon has violated an array of federal and state laws, including the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, et seq., and the Digital Millennium Copyright Act, 17 U.S.C. § 1201 et seq., and has engaged in unlawful acts of breach of contract, tortious interference with contract and trespass.

### Unlawful Conduct by Individuals

CouponCabin has clear evidence that agents and individuals affiliated with Dealmoon have carried out unlawful activity on behalf of Dealmoon, including Teresa Gong. In correspondence with CouponCabin, Ms. Gong has implicated Dealmoon as the recipient of her services. Dealmoon is liable for the actions of Ms. Gong, an agent of Dealmoon.

Furthermore, in a cause of action brought by CouponCabin, individuals including Ms. Gong may be held personally liable for their unlawful acts of breach of contract, tortious interference with contract and trespass under state law, as well as violations of the federal statutes referred to above.

Lu Shen
October 16, 2018
Page 3 of 3

### Demands

In light of the foregoing, CouponCabin hereby demands that Dealmoon, whether directly or indirectly through its agents, immediately:

(1) cease and terminate any harvesting or other misappropriation of content from the CouponCabin Services, now and in the future;

(2) cease and desist from accessing the CouponCabin Services, including but not limited to the CouponCabin website and any emails containing CouponCabin content, at all in the future;

(3) immediately use all necessary efforts to delete, remove, and destroy all coupons, coupon codes, links or other content that Dealmoon and any affiliated entity or business has sourced from the CouponCabin Services to date.

### Legal Action

Please be advised that due to the extent of unlawful activity that you have undertaken, CouponCabin will be forced to take legal action against Dealmoon, and the individuals and agents acting on behalf of Dealmoon, in order to protect our rights against the unlawful conduct identified herein.

In order to avoid litigation, you or your attorney must confirm to us in writing that you have fully complied with these demands by the close of business on **October 23, 2018**.

In the event that we do not receive written confirmation by such date, we will have no choice but to proceed with legal action against every individual who has acted on behalf of Dealmoon and hold each of them personally liable for the unlawful conduct identified herein, as well as to proceed with a cause of action against Dealmoon.

Furthermore, by this notice CouponCabin makes clear that any implied authorization to access the CouponCabin.com website and CouponCabin Services, and the servers and computers that constitute it, is **hereby revoked**, and any access or use in the future is **without authorization** within the meaning of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 et seq.

THIS LETTER SHALL NOT ENTITLE YOU TO ANY OTHER OR FURTHER NOTICE OR DEMAND BEFORE WE FILE A LAWSUIT OR PURSUE ANY LEGAL REMEDY.

This notice is without prejudice to any of our rights, powers, privileges and remedies, all of which are hereby expressly reserved. I can be contacted at dcordiano@couponcabin.com.

Sincerely,

Douglas Cordiano
General Counsel
CouponCabin LLC



October 22, 2018

**VIA EMAIL**

Jiahui Huang
ssjiahuiss@yahoo.com

Re: Unauthorized Access and Use of CouponCabin's Services and Property

Dear Jiahui Huang:

You are receiving this notice from CouponCabin LLC ("CouponCabin"), owner and operator of the CouponCabin.com website and related services and applications. CouponCabin has amassed substantial evidence that you have engaged and are continuing to engage in a significant level of data harvesting and content misappropriation from the CouponCabin.com website and services. CouponCabin also have evidence that you have undertaken this activity on behalf of PriceTrace LLC d/b/a DealMoon.com ("DealMoon"). This conduct is unauthorized, is in violation of the Terms and Conditions agreement governing the use of the CouponCabin services, and is unlawful. Accordingly, you are liable for damages and penalties under state and federal law.

As you are clearly aware, CouponCabin is a leading provider of online coupons, codes and cash back for more than 3,000 merchants and stores. The CouponCabin services include a highly developed set of coupon codes, discount offers, links and other content and data, all of which is a critical component of CouponCabin's business and which CouponCabin has spent and continues to spend significant time and resources developing. Given the proprietary nature of this content and data, and the investment of resources in developing it, CouponCabin takes steps to protect and safeguard its services and content from unlawful access and misappropriation, and has a strict Terms and Conditions agreement governing the use of its services.

Your actions are in direct violation of the clear and express prohibition in CouponCabin's Terms and Conditions against unauthorized content misappropriation and copying. By breaching the access and use restrictions in the Terms and Conditions, you are in violation of federal and state law, including the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, et seq., and the Digital Millennium Copyright Act, 17 U.S.C. § 1201 et seq., under federal law, and breach of contract, tortious interference with contract and trespass under applicable state law.

You are cautioned that CouponCabin does not hesitate to take immediate legal action to protect its services from unlawful access, content theft and misappropriation. This is demonstrated by a lawsuit we filed in 2015 against a number of our competitors: *see CouponCabin LLC v. Sazze, Inc. d/b/a DealsPlus, Savings.com, Inc., Cox Target Media, Inc., Internet Brands, Inc. and Linfield Media, LLC*, **Case No. 2:14-cv-39**, filed in the United States District Court for the Northern District of Indiana (November 2, 2015) against alleged data and content harvesters, for activity identical to the activity we can show was undertaken from your IP addresses.

Jiahui Huang
ssjiahuiss@yahoo.com
October 22, 2018
Page 2 of 2

In light of the foregoing, CouponCabin demands that you immediately cease and terminate any scraping, harvesting or other misappropriation of content and data from the CouponCabin.com website and services, now and in the future. Furthermore, any implied authorization to access the CouponCabin.com website and CouponCabin services, and the servers and computers that constitute it, is **hereby revoked**, and any access or use in the future is **without authorization** within the meaning of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 et seq.

Please be advised that due to the extent of unlawful activity that you have undertaken, CouponCabin will be forced to take legal action against you and DealMoon to protect its rights against these unlawful acts of breach of contract, tortious interference with contract and trespass under state law, and violations of the federal statutes referred to above.

In order to avoid litigation, you or your attorney must contact me immediately to discuss your relationship to DealMoon and the activity you have undertaken on DealMoon's behalf, as described in this letter. I can be reached at dcordiano@couponcabin.com. **We must hear from you or your attorney by the close of business on Friday, October 26.** If we do not hear from you by such date, we will have no choice but to proceed with legal action against you personally. This letter shall not entitle you to any other or further notice or demand before we file a lawsuit or pursue any legal remedy.

This notice is without prejudice to any of our rights, powers, privileges and remedies, all of which are hereby expressly reserved.

Sincerely,

Douglas Cordiano
General Counsel
CouponCabin LLC



October 22, 2018

**VIA EMAIL**

Xue Gong
snowsnowgx@gmail.com

Re: Unauthorized Access and Use of CouponCabin's Services and Property

Dear Xue Gong:

You are receiving this notice from CouponCabin LLC ("CouponCabin"), owner and operator of the CouponCabin.com website and related services and applications. CouponCabin has amassed substantial evidence that you have engaged and are continuing to engage in a significant level of data harvesting and content misappropriation from the CouponCabin.com website and services. CouponCabin also have evidence that you have undertaken this activity on behalf of PriceTrace LLC d/b/a DealMoon.com ("DealMoon"). This conduct is unauthorized, is in violation of the Terms and Conditions agreement governing the use of the CouponCabin services, and is unlawful. Accordingly, you are liable for damages and penalties under state and federal law.

As you are clearly aware, CouponCabin is a leading provider of online coupons, codes and cash back for more than 3,000 merchants and stores. The CouponCabin services include a highly developed set of coupon codes, discount offers, links and other content and data, all of which is a critical component of CouponCabin's business and which CouponCabin has spent and continues to spend significant time and resources developing. Given the proprietary nature of this content and data, and the investment of resources in developing it, CouponCabin takes steps to protect and safeguard its services and content from unlawful access and misappropriation, and has a strict Terms and Conditions agreement governing the use of its services.

Your actions are in direct violation of the clear and express prohibition in CouponCabin's Terms and Conditions against unauthorized content misappropriation and copying. By breaching the access and use restrictions in the Terms and Conditions, you are in violation of federal and state law, including the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, et seq., and the Digital Millennium Copyright Act, 17 U.S.C. § 1201 et seq., under federal law, and breach of contract, tortious interference with contract and trespass under applicable state law.

You are cautioned that CouponCabin does not hesitate to take immediate legal action to protect its services from unlawful access, content theft and misappropriation. This is demonstrated by a lawsuit we filed in 2015 against a number of our competitors: *see CouponCabin LLC v. Sazze, Inc. d/b/a DealsPlus, Savings.com, Inc., Cox Target Media, Inc., Internet Brands, Inc. and Linfield Media, LLC*, Case No. 2:14-cv-39, filed in the United States District Court for the Northern District of Indiana (November 2, 2015) against alleged data and content harvesters, for activity identical to the activity we can show was undertaken from your IP addresses.

Xue Gong
snowsnowgx@gmail.com
October 22, 2018
Page 2 of 2

In light of the foregoing, CouponCabin demands that you immediately cease and terminate any scraping, harvesting or other misappropriation of content and data from the CouponCabin.com website and services, now and in the future. Furthermore, any implied authorization to access the CouponCabin.com website and CouponCabin services, and the servers and computers that constitute it, is **hereby revoked**, and any access or use in the future is **without authorization** within the meaning of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 et seq.

Please be advised that due to the extent of unlawful activity that you have undertaken, CouponCabin will be forced to take legal action against you and DealMoon to protect its rights against these unlawful acts of breach of contract, tortious interference with contract and trespass under state law, and violations of the federal statutes referred to above.

In order to avoid litigation, you or your attorney must contact me immediately to discuss your relationship to DealMoon and the activity you have undertaken on DealMoon's behalf, as described in this letter. I can be reached at dcordiano@couponcabin.com. **We must hear from you or your attorney by the close of business on Friday, October 26**. If we do not hear from you by such date, we will have no choice but to proceed with legal action against you personally. This letter shall not entitle you to any other or further notice or demand before we file a lawsuit or pursue any legal remedy.

This notice is without prejudice to any of our rights, powers, privileges and remedies, all of which are hereby expressly reserved.

Sincerely,

Douglas Cordiano
General Counsel
CouponCabin LLC