# Terms & Conditions

Last Updated:  November 1, 2018

This is the Terms and Conditions Agreement ("Terms" or "Agreement") of CouponCabin LLC. ("CouponCabin" or "us" or "we"). These Terms and our Privacy Policy, incorporated herein by reference, govern your use of our online services, any application or software created or distributed by us, any content or information therein, the CouponCabin.com website, any subdomains of CouponCabin.com, and any other website pages or applications on which services or content are provided by us or that display or provide an authorized link to those Terms (collectively, including any such websites or applications, the "Services"). It is acknowledged that any reference to the term "Services" includes any application created or distributed by us, and by downloading any software application created by CouponCabin, you agree that the provisions of this Agreement and the End User License Agreement, incorporated herein by reference, govern your use of any such application and our online services provided therein. The Services are intended for users 18 years of age or older and located in the United States of America. By using the Services, you acknowledge that you are at least 18 years old and are accessing the Services within the United States.

By using the Services, you signify your agreement to and acceptance of these Terms and CouponCabin's Privacy Policy, including all changes and revisions to this Agreement and the Privacy Policy. If you do not agree to be bound by these Terms, please do not use the Services. No employee of CouponCabin can modify these Terms.

Please read this agreement carefully and check this Agreement periodically for changes, as CouponCabin may change this Agreement from time to time. Any modifications we make will be effective immediately upon posting, and your continued use of the Services after such changes are posted constitutes your acceptance of such changes. To the extent that a court or arbitrator of applicable jurisdiction determines that applying any modifications to these Terms would render this Agreement unenforceable, such modifications shall be applicable on a prospective basis only (with respect to events or circumstances occurring after the date of such modifications), to the extent necessary for these Terms to remain enforceable.

**UNAUTHORIZED ACCESS, REPRODUCTION, COPYING, SAVING, DOWNLOADING, RETRANSMISSION, PUBLICATION, AGGREGATION, CATALOGUING, SALE, DISTRIBUTION OR ANY OTHER FORM OF TRANSFER OR UNAUTHORIZED USE OR EXPLOITATION OF ANY PORTION OF THE SERVICES, INCLUDING BUT NOT LIMITED TO ANY AND ALL CONTENT FOUND ON THE SERVICES, IS EXPRESSLY PROHIBITED.**

This Agreement contains a binding arbitration clause and class waiver (Section 16) that affects your legal rights when resolving disputes under this Agreement. Please read it carefully. Your use of CouponCabin is subject to your agreement to such binding arbitration clause and class waiver.

1. LINKS TO THIRD PARTY SITES
2. INTELLECTUAL PROPERTY RIGHTS
3. USE OF THE SITE AND SERVICES
    A. Personal and Lawful Use Only
    B. Minimum Age
    C. License Granted
    D. Restrictions and Prohibited Uses
    E. Other Restrictions **(+)**
4. CASH BACK PROGRAM TERMS
    A. Eligibility
    B. Earning Cash Back and Qualifying Purchases **(+)**
    C. Payments **(+)**
    D. Account Balances
    E. Inactive Accounts
    F. Program Changes
    G. Termination of Program
    H. Bonuses and Promotions **(+)**
    I. Members Only and Special Cash Back Offers **(+)**
    J. Member Obligations **(+)**
    K. Cash Back on Gift Cards **(+)**
    L. General
5. SUBMISSIONS AND USER CONTENT
6. LOCATION-BASED SERVICES
7. CONTENT DISCLAIMER
8. PRIVACY
9. DISCLAIMER OF WARRANTIES
10. LIMITATION OF LIABILITY
11. INDEMNIFICATION
12. COPYRIGHT POLICY
13. LEGAL COMPLIANCE
14. THIS AGREEMENT
15. TRANSFER OF RIGHTS
16. DISPUTE RESOLUTION
    A. Binding Arbitration
    B. Class Action Waiver
    C. Severability
    D. Excluded Claims
    E. Fees
17. CHOICE OF LAW AND FORUM
18. CONTACT INFORMATION

1. **LINKS TO THIRD PARTY SITES**

    You will be transferred to online merchants or other third party sites through links or frames from the Services. The Services do not sell any good or service to consumers and nothing in the Services shall be construed as an offer to sell anything or enter into any kind of business relationship. Any purchases you make will be through other websites and from other companies. You are cautioned to read such websites' terms and conditions and all policies, including policies regarding sales, returns, warranties and privacy before using such sites in order to be aware of the terms and conditions of your use of such sites. Be sure to carefully evaluate and investigate such sites on your own to your satisfaction.

**Exhibit B**

You are also cautioned to carefully read the terms and conditions of any coupons, specials, sweepstakes, promotions, sales or other offers from these merchants. CouponCabin shall not be responsible for any inaccuracies; misrepresentations; product or service liability; offensive, infringing, libelous or illegal materials; lack of availability of other sites, information, promotions, products, or services; viruses or other computer problems resulting from use of such sites; or any liabilities resulting from the terms and conditions of other sites. CouponCabin shall not be responsible for the timing or operation of any expiration dates of coupons, promotions, discounts or other offers published on the Services, which are under the sole and exclusive control of the online merchants or third party sites to which you will be transferred from the Services. CouponCabin does not guarantee any content on such sites or anything offered by third parties, including but not limited to prices, promotions, products, or services.

You are knowingly and voluntarily assuming all risks of using such sites to purchase goods and services and of using the coupons, offers and specials listed by the Services. You agree that CouponCabin and its licensors and advertisers shall have no liability whatsoever from such third party sites and your usage of them. You understand that any linking to or from the Services does not imply in any way that CouponCabin is endorsed by or has any particular relationship with any third party.

These other sites are not under the control of CouponCabin, are not monitored or reviewed by CouponCabin, and CouponCabin is not aware of the contents of such sites. CouponCabin does not sponsor, endorse, or recommend these sites and makes no representations or warranties of any kind with regard to any sites, their terms and conditions of use or service, or the way they collect, save, store, and use information, including your personally identifiable information. You acknowledge that CouponCabin is not responsible for the products, services, accuracy, copyright compliance, legality, decency, or any other aspect of the contents or any transmissions received through such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. The inclusion of a link or frame to any site does not imply endorsement of that site by CouponCabin or its advertisers or licensors, or any association with its operators, and is provided solely for your convenience. You should review the terms and conditions of use or service of each website you visit. Linking to any service or site is at your sole risk.

If you have any complaint with such sites, contact that site directly, or contact your state Attorney General or the Federal Trade Commission at www.ftc.gov.

2. **INTELLECTUAL PROPERTY RIGHTS**

The Services are protected under U.S. and international copyright and other intellectual property laws. Copyright ©2003-17 CouponCabin LLC. All rights reserved. All of our trademarks, company names, product names, service names and logos and brand features that are displayed by or via the Services are trademarks and are owned by us.

The content and materials found, provided by or through or included as part of the Services, including but not limited to, the text, software, scripts, graphics, photos, sounds, music, videos, interactive features and the like, and the trademarks, service marks and logos contained therein, are owned by or licensed to CouponCabin and are subject to copyright, trademark, service mark, trade dress, patent and other intellectual property rights and protections under United States and foreign laws and international conventions. Any third-party trademark is the property of its respective third-party owner, and the presence of a third-party trademark on the Services does not mean that such third party endorses the Services or CouponCabin or that CouponCabin has any particular relationship with such third party.

3. **USE OF THE SITE AND SERVICES**

A. **Personal and Lawful Use Only**

Unless otherwise specified, the Services are intended for your personal, noncommercial use only. You agree to use the Services only for lawful purposes and acknowledge that your failure to do so may subject you to civil and criminal liability. You may not in any way make commercial or other unauthorized use of (by publication, retransmission, distribution, performance, caching, cataloguing, aggregating or otherwise) the content or other material found, provided by or through or included as part of the Services, except as permitted by the Copyright Act or other law and as expressly permitted in writing by this Agreement, CouponCabin or the Services.

B. **Minimum Age**

You must be 18 years of age or older to agree to this Agreement and use the Services. If a parent or guardian wishes to permit a person under 18 years old, and under his or her supervision, to use the Services, he or she should <u>contact</u> CouponCabin with his or her explicit permission and acceptance of full legal responsibility for the minor to do so. If you are not 18 years old, if you are easily offended, or are accessing the Services from outside of the United States, please stop using the Services immediately as you do not have permission to access the Services.

C. **License Granted**

Upon your agreement to this Agreement, CouponCabin hereby grants you a non-exclusive, non-transferable limited license to access and use the Services for personal, noncommercial purposes, in strict accordance with the terms and conditions in this Agreement and as permitted via instructions on the Services. You agree not to make any false or fraudulent statements in your use of or to gain access to the Services. You acknowledge and agree that all content and services available on the Services are property of CouponCabin and its advertisers and licensors and are protected by copyrights, moral rights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally. All rights not expressly granted herein are fully reserved by CouponCabin and its advertisers and licensors.

D. **Restrictions and Prohibited Uses**

Access or use inconsistent with the license granted above is expressly prohibited. You shall not engage in or attempt to engage in, or access or attempt to access the Services to engage in or attempt to engage in, potentially harmful acts that are directed against the Services, including but not limited to any one or more of the following:

  a. the use of manual or automated software, robots, scripts, devices or any other extraction tools or means of systematic retrieval to access, "spider," "scrape," "harvest," "crawl" or otherwise act on (i) any pages of the Services, (ii) any data, materials or content contained in or found on the Services or (iii) any server owned or controlled by CouponCabin or its agent; or causing, allowing or assisting any machines, robots, devices or extraction tools to do any of the foregoing;
  b. manually accessing the Services (or any server owned or controlled by CouponCabin or its agent) and copying, saving, downloading or recording in a manner inconsistent with the personal license granted herein any data, materials or content contained in or found on the Services, or manually accessing the Services and cataloguing, aggregating or creating derivative works from any data, materials or content contained in or found on the Services (or on any server owned or controlled by CouponCabin or its agent);
  c. circumventing or violating, or attempting to circumvent or violate any security safeguards or features of the Services, which includes but is not limited to manipulating identifiers or traffic origins or sources, or tampering with the operation, functionality, or the security of the Services, which includes any attempt to probe, scan or test the vulnerability of the Services or its security safeguards, or any associated system or network or authentication measures, and which also includes logging into or attempting to log into or access a server that you are not authorized to access;
  d. misusing, tricking, disrupting or otherwise interfering with the functioning of the Services, which includes but is not limited to emulating or faking usage of the Services, impersonating any other person or misrepresenting your identity or affiliation with any person or entity;

    e. introducing viruses, worms, software, Trojan horses or other similar harmful code into the Services, or interfering or attempting to interfere with the use of the Services by any other user, host or network, including but not limited to submitting a virus or overloading, flooding or crashing the Services;

    f. reverse engineering, reverse assembling, reverse compiling, decompiling, disassembling, translating, attempting to derive the source code (or altering any executable code) for the Services or any contents or materials on or received via the Services;

    g. engaging in "framing," "mirroring," or otherwise simulating the appearance or functioning of the Services, or hyperlinking (whether deep-linking or otherwise) to any portion of the Services without our express written and ongoing consent;

    h. forging any TCP/IP packet header or any part of the header information in any email;

    i. using the Services or any data, materials or content contained in or found on or received via the Services to act against the business interests or compete directly or indirectly with us, including the use of the Services or any data, materials or content contained in or found on or received via the Services to solicit users of the Services or our business partners to become users or partners of another online or offline service, and including reselling or repurposing your access to the Services

In addition, use of data, materials or content contained in or found on or received via the Services for any purpose not expressly permitted in this Agreement is prohibited.

With respect to any application created or distributed by us, any license granted in connection with such application does not include and strictly prohibits (i) any resale of the application or its contents or (ii) any derivative use of such application or its contents. Any such application may not be reproduced, duplicated, copied, sold, resold or otherwise exploited for any purpose without the express prior written authorization of CouponCabin. Any unauthorized use shall immediately terminate the licenses and rights granted by CouponCabin and may subject you to civil and/or criminal prosecution.

### E. Other Restrictions

#### I. Security

You agree that if you are issued a username and password by CouponCabin, you shall use your best efforts to prevent access to the Services through your username and password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying CouponCabin immediately if you discover loss or access to such information by another party not under your control and supervision, and by using a username and password not easily guessed by a third party. You agree that you are fully responsible for all actions and postings made using your username and password. Usernames and passwords are not transferrable.

The use, in connection with the Services, of an email address that self-destructs after a limited time period (such as minutes, hours or days after use), redirects to a separate email address, is designed or intended to be temporary or of a limited lifespan, or otherwise functions as a temporary or untraceable email address (any of the foregoing, a "Temporary Email Address") is prohibited, and you agree that you will not access or register with the Services using any Temporary Email Address.

You agree that you shall not try to reverse engineer, reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via the Services. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that CouponCabin shall pursue such penalties to the full extent of the law to protect its rights.

#### II. Location/Consent to Transfer

The Services are hosted and operated in the United States. Access or use of the Services from other jurisdictions is prohibited, and those who attempt to access or use the Services from other jurisdictions do so at their own choice and risk and are subject to United States federal and state law in connection with the enforcement of these Terms, and are solely responsible for compliance with their local law. If you are not located in the United States or not a resident of the United States and you use the Services in violation of the foregoing, please note that the personal information you submit to the Services will be transferred to and stored in the United States to be processed by us as set forth in this Agreement and our Privacy Policy.

If you are not located in the United States or not a resident of the United States and you use the Services in violation of the foregoing, you acknowledge and agree that we may collect and use your personal information outside your home jurisdiction, and that we may store your personal information in the United States. Please note that the level of legal protection provided in the United States or other non-European countries in which you may access our Services may not be as stringent as that under European Union privacy standards or the privacy laws of some other countries, possibly including your home jurisdiction.

#### III. Export

You agree that you shall comply with all applicable export and import control laws and regulations in your use of the Services, or materials or services received through the Services, and, in particular, you shall not export or re-export anything on or received through the Services in violation of local or foreign export laws or without all required U.S. and foreign government licenses.

#### IV. Government Use

If you are a branch or agency of the U.S. Government, the following provision applies. The Services, code, contents and accompanying documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisition by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212; or (ii) for acquisition by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995). Unpublished rights reserved under the copyright laws of the United States.

### 4. CASH BACK PROGRAM TERMS

You may open a cash back account and enroll in the CouponCabin Cash Back Program and earn cash back on purchases made at stores and merchants featured on the Services (both the program and associated cash back referred to herein as "Cash Back") as set forth below. These special terms and conditions govern your eligibility and participation in Cash Back. By participating in Cash Back, you signify your agreement to these Terms, including the following special terms and conditions.

**A. Eligibility**

Cash Back is offered for purchases made on stores and merchants participating in the program ("Participating Merchants"), through links on the CouponCabin.com website using your desktop, laptop, tablet or mobile device. Participation is free. To join, become a Cash Back member by providing your email address and a password, or join using your Facebook® or Google® credentials by clicking the respective button in the sign-up box. Your account will enable you to track your transactions and the Cash Back you have been credited with, and it will enable CouponCabin to inform you when your account is credited with Cash Back. Participation in Cash Back is limited to individuals that are 18 years of age or older. Members who, in each case as determined by CouponCabin in its sole discretion, make purchases with the intention of reselling or on behalf of any other party(ies), have substantial repeat purchase activity at a specific store or who make a regular practice of reselling goods or services (in each case a "Commercial Buyer") are subject to certain restrictions set forth in these Terms.

**B. Earning Cash Back and Qualifying Purchases**

To earn Cash Back, you must make a "Qualifying Purchase." You make a Qualifying Purchase by clicking on an eligible coupon, offer, product or store link associated with a Participating Merchant on CouponCabin.com (using your desktop, laptop, tablet or mobile device) and completing a purchase at the website of the Participating Merchant, and such purchase must not fail to become or cease to be a Qualifying Purchase (as further detailed below) or otherwise violate these Terms. In addition, you may earn Cash Back in connection with grocery coupons, per unique click on any coupon marked "Grocery Coupon" on CouponCabin.com, up to a limit of five unique clicks per member per calendar day, or by completing a purchase in connection with particular grocery coupons as further detailed below. As a condition precedent to and requirement to earning Cash Back: (a) you must be 18 years of age or older at the time of completing a Qualifying Purchase; (b) you must be logged in to your account with your particular username; (c) you must connect to the website of a Participating Merchant from a designated Cash Back link on CouponCabin.com or the Services; (d) you must complete your transaction online on the U.S. website of the Participating Merchant; (e) you must have cookies enabled on your web browser and disable all privacy or ad-blocking software or plugins, which may include firewalls and anti-virus software; (f) you must be a legal resident of and maintain a valid mailing address in the United States; (g) you must provide complete and accurate Account and Payment Information (as defined in Section 4.C.VI. below). A list of Participating Merchants can be found here.

Reasons why a purchase may not become a Qualifying Purchase include (but are not limited to) the following:

a. You were not logged in to your cash back account with your login credentials
b. You visit other websites or make other unrelated clicks after your click on CouponCabin.com but before completing your transaction with the Participating Merchant
c. You did not have cookies enabled on your web browser
d. Your shopping cart on the Participating Merchant's website was not completely empty before you clicked on a coupon, offer or cash back link on CouponCabin.com for that Participating Merchant
e. You complete multiple, separate transactions on a Participating Merchant's website without returning to such Participating Merchant's page on CouponCabin.com
f. You did not complete your purchase or transaction on the Participating Merchant's website within the time period the Participating Merchant allows between linking to the Participating Merchant's website from CouponCabin.com and completing your transaction
g. You clicked on or used a coupon or offer not specifically designated or shown as being eligible for Cash Back
h. You change your order, replace your order with a new order, or exchange your order directly with or by phone with the Participating Merchant without visiting CouponCabin.com (including in connection with price match guarantees or other special offers by, or policies of, the Participating Merchant)
i. Your purchase or transaction falls within restrictions or exclusions or special terms imposed by a Participating Merchant
j. Your purchase or transaction falls within exclusions or special terms imposed by CouponCabin as stated on the Participating Merchant's page on CouponCabin.com
k. You visited another website or made an unrelated click, before or after your click on CouponCabin.com, that set a cookie or interfered with the tracking mechanism such that your purchase or transaction was associated to a party other than CouponCabin
l. There is a failure of a tracking mechanism or crediting system used by the Participating Merchant or its affiliate network responsible for tracking and crediting your purchase or transaction
m. Your payment method used for a transaction was declined or failed to process for any reason and you subsequently completed the transaction with an alternate payment method
n. You had pop-up or ad-blocking software (such as, but not limited to, Block Pro, Zone Alarm, Norton, AdBlock Pro or Adblock Plus) or privacy software installed and functioning on your browser or computer, or you used the anonymous browsing function on your browser
o. You made your purchase with the Participating Merchant offline by phone and not on the Participating Merchant's website
p. Your purchase or transaction was made online but for in-store pick-up
q. You clicked in a merchant email or email sent by a party other than CouponCabin, before or after your click on CouponCabin.com, that set a cookie or interfered with the tracking mechanism such that your purchase or transaction was associated to a party other than CouponCabin
r. The Participating Merchant for any reason associates or credits your purchase or transaction to another party or to itself and not to CouponCabin
s. The Participating Merchant files for bankruptcy or fails to pay CouponCabin due to such Participating Merchant's bankruptcy or insolvency
t. You used an unauthorized credit card to complete your purchase, completed the purchase in violation of the applicable terms and conditions of the credit card used, or the purchase or transaction was later reversed by your or the credit card for any reason
u. You used the mobile application of, or offered specifically by, the Participating Merchant to complete your purchase or transaction
v. You used a gift card or merchandise credit to complete your purchase or completed your purchase in violation of the applicable terms and conditions of the gift card used
w. You did not correctly complete all of the required steps in connection with use of a grocery Special Cash Back Offer (as described in Section 4.I. below)
x. The reporting of the purchase or transaction is delayed because it was made in the travel industry or relates to travel. In such cases, the Qualified Merchant may use the date travel is completed, not the date of purchase, as the reported date of the transaction
y. The transaction was the purchase of a gift card or was for a free trial or free product, none of which qualify as a Qualifying Purchase
z. The transaction is not sent or the order not completed during the eligible Cash Back offer period. This may apply to, among other transactions (and not limited to), orders for travel, event tickets, flowers, backorders, subscriptions, auto-replenishments, future installment or recurring orders, and services that are to be fulfilled in the future

aa. The transaction or purchase was made using any type of layaway, payment plan or financing plan

ab. The transaction or purchase was made for an international location or delivery destination

ac. You or the Participating Merchant completed your transaction or purchase using an electronic wallet or through a third party, or the Participating Merchant used a mobile or wireless card reader to process your transaction. In such cases, CouponCabin may not receive information identifying your transaction

ad. The transaction was a bulk purchase or a purchase for resale, as determined in the absolute discretion of the Qualifying Merchant

Reasons why a purchase may cease to be a Qualifying Purchase include (but are not limited to) the following:

a. The purchase is returned to, exchanged at, or cancelled with the Participating Merchant (including in connection with price match guarantees or other special offers by, or policies of, the Participating Merchant)

b. You modify the purchase or order in any way directly with or by phone with the Participating Merchant

c. The Participating Merchant alters the terms or conditions of the purchase

d. The Participating Merchant or CouponCabin, after reporting or crediting your purchase or transaction as a Qualifying Purchase, subsequently changes such determination after determining that specific exclusions or special terms apply

e. The Participating Merchant, after reporting or crediting your purchase or transaction as a Qualifying Purchase, subsequently changes such determination due to associating or crediting your purchase or transaction to another party or to itself and not to CouponCabin for any reason

f. The Participating Merchant, after reporting or crediting your purchase or transaction as a Qualifying Purchase, files for bankruptcy or fails to pay CouponCabin due to such Participating Merchant's bankruptcy or insolvency

g. If any Cash Back guidelines posted on the Participating Merchant page on CouponCabin.com are not met

h. You used a coupon, offer or coupon code not authorized by the Participating Merchant (whether provided in error by CouponCabin.com or otherwise) to make your purchase or transaction

i. The transaction is not sent or the order not completed during the eligible Cash Back offer period. This may apply to, among other transactions (and not limited to), orders for travel, event tickets, flowers, backorders, subscriptions, auto-replenishments, future installment or recurring orders, and services that are to be fulfilled in the future

j. Your transaction or purchase was made using any type of layaway, payment plan or financing plan

k. You fail to provide all required Account and Payment Information within 120 days from the date of the purchase or transaction

**Determination of whether or not a purchase made at a Participating Merchant is a Qualifying Purchase, and the amount of any Qualifying Purchase, is at the sole and absolute discretion of the Participating Merchant and CouponCabin. Members will not receive Cash Back in connection with any Qualifying Purchase that ceases to be a Qualifying Purchase.**

I. **Amount of Cash Back**

gift card usage), bundled offers, returns or cancellations, rebates, gift card purchases, bulk orders, orders for resale, any purchase using any type of layaway or payment plan, finance charges, labor costs for home or auto services, prescriptions, lottery tickets, phone cards, money orders, extended warranties and any other exclusions or special terms applied by the particular Participating Merchant. For each click you make on a coupon marked "Grocery Coupon" on CouponCabin.com, $0.02 Cash Back is earned, up to a limit of five unique clicks per member per calendar day or $0.10 per calendar day (no Cash Back for duplicate clicks or clicks from more than one account per IP address). Such Cash Back earned from clicks on grocery coupons is not eligible for and cannot be combined with any Cash Back bonuses, rewards or Special Cash Back Offers (as defined below) offered by CouponCabin. The amount of Cash Back on, and whether any particular purchases or transactions qualify as, Qualifying Purchase(s) varies by Participating Merchant, product and product category. Items eligible for cash back, and exclusions, restrictions and special terms that may be applied by a Participating Merchant, are subject to change without notice. To the best of our knowledge, the Cash Back rate generally applicable for, and exclusions and special terms applied by, a Participating Merchant or CouponCabin will be shown on such Participating Merchant's page on CouponCabin.com. Cash Back rates are subject to change at any time, both up and down. At the request of certain Participating Merchants, the CouponCabin Sidekick will not indicate the participation of such Participating Merchants in the Cash Back program or their respective Cash Back rates, even though Cash Back is available on Qualifying Purchases made from such Participating Merchants. Exclusions, restrictions and special terms that may be applied by a Participating Merchant are unable to be, and will not be, displayed in any software applications (including but not limited to the CouponCabin Sidekick or mobile app) that are part of the Services.

**The Cash Back amounts credited and paid to you are conditioned on and based solely on payment received by CouponCabin from the Participating Merchant. You will receive Cash Back only on a purchase or transaction reported to CouponCabin as a Qualifying Purchase by the Participating Merchant, and on which CouponCabin receives payment from the Participating Merchant, and based solely on the transaction amount credited and reported by the Participating Merchant and the amount paid to CouponCabin.** In the event that, for a reason listed above or any other reason (including but not limited to specific exclusions or special terms applied by the Participating Merchant, or the bankruptcy or liquidation of the Participating Merchant), the Participating Merchant does not report a particular purchase or transaction to CouponCabin as a Qualifying Purchase or does not pay CouponCabin with respect to such purchase or transaction, CouponCabin will have no obligation to pay you Cash Back with respect to such purchase or transaction. In the event that the Participating Merchant credits a Qualifying Purchase in an amount less than expected (and which amount may be adjusted by the Participating Merchant at any time after initial reporting and posting to your Cash Back account), the Cash Back you receive relating to such Qualifying Purchase will be reduced and adjusted accordingly, and CouponCabin shall have no obligation to pay you Cash Back on any amount other than such lower amount. As detailed above, Cash Back amounts (x) are the result of and subject to any exclusions or special terms applied by the Participating Merchant or CouponCabin with respect to your purchase or transaction and (y) may differ from the posted Cash Back percentage or amount if the Participating Merchant, for any reason, uses a different commission rate or amount than was anticipated or if the Participating Merchant does not provide sufficient information to CouponCabin regarding the commission rate or amount used (in which case CouponCabin will use commercially reasonable efforts to determine the commission rate or amount used and adjust your Cash Back amount accordingly). For purchases or transactions that do not qualify as Qualifying Purchases (see Section 4.B. above) or for Qualifying Purchases that cease to be Qualifying Purchases (see Section 4.B. above), you will not receive Cash Back. In the event that the Participating Merchant files for bankruptcy or fails to pay CouponCabin due to bankruptcy or insolvency, you will not receive Cash Back for your purchase or transaction with such Participating Merchant. CouponCabin reserves the right to make adjustments for returns, system errors, cancellations, credit card reversals and any suspected fraud or abuse, as determined in the sole and exclusive discretion of CouponCabin. All Cash Back amounts are shown in U.S. dollars.

II. **Tracking Problems and Errors in Transaction Processing or Advertisements**

CouponCabin is not responsible for errors made by a Participating Merchant, affiliate tracking networks or merchant networks in processing or reporting transactions, or for any tracking problems resulting from incorrect usage of the Services, from errors made by a Participating Merchant, from failure or errors in the tracking or reporting mechanisms of Participating Merchants, affiliate tracking networks or merchant networks, from cookies being disabled on your browser, from the failure to place cookies due to use of privacy software or anonymous browsing, or from any other failure of tracking mechanisms or software. As set forth above, such errors or tracking problems may result in failure to be credited with Cash Back in connection with a particular transaction. If a Participating Merchant fails to report or send information regarding a purchase or transaction, CouponCabin is not required to credit your account for such unreported transaction. CouponCabin will make a reasonable effort to investigate missing or non-tracked transactions and Cash Back, but CouponCabin reserves the right to halt any such investigations at any time. Please do not make purchase or transaction decisions based on expected Cash Back as it is not guaranteed. CouponCabin is not responsible for any errors or inaccuracies in advertisements. CouponCabin may, on a case-by-case basis, credit a member's account in connection with a purchase or transaction with which there were tracking problems. Each such determination is in the sole and absolute discretion of CouponCabin and shall not be construed as waiving (before or thereafter) any term or condition of this Agreement.

III. **Restrictions on Resellers**

Certain Participating Merchants have a policy against reselling their products or services. If a Participating Merchant reverses or refuses to pay a commission to CouponCabin because the Participating Merchant deems the purchase to be reseller activity, the purchase ceases to be a Qualifying Purchase.

IV. **Maximum Cash Back**

Cash Back that may be received for a single Qualifying Purchase or transaction is limited to a maximum amount of $100. You will not be eligible to receive more than this maximum amount of Cash Back on any single Qualifying Purchase or transaction. This maximum does not apply in the case of the use or redemption of Special Cash Back Offers (as described in Section 4.I. below) of greater than $100.

C. **Payments**

To earn Cash Back and to receive payment of accrued Cash Back, you must establish and maintain an active cash back account with full and accurate Account and Payment Information, which shall include, among other items, the information necessary to process your payment. Cash Back is not earned and a member has no right to payment until (1) such member's account has reached the account minimum (specified below) and (2) such member has provided all Account and Payment Information as described below.

I. **Purchase Information Posted and Pending Period**

A Qualifying Purchase will be posted to your account promptly after the Participating Merchant reports the completion of the purchase or transaction to CouponCabin, typically within two (2) days following completion. Some Participating Merchants may take longer to notify us of a Qualifying Purchase. Once posted to your account, the Qualifying Purchase and related Cash Back will appear in the "Pending Cash Back" section of your account page. Each transaction will remain pending for a period of time which varies based on the type of transaction, the Participating Merchant and other factors (the "Pending Period"). The Pending Period may last as long as 130 days but is typically much shorter (Qualifying Purchases for travel, event tickets, subscriptions or other orders or services that are to be fulfilled in the future may be pending longer than 130 days). The date on which, to the best of our knowledge, pending Cash Back will become eligible for payment to you is listed next to each transaction in the "Pending Cash Back" section of your account page, in the column marked "Payable." Such date is subject to change without notice as a result of processing or reporting issues with the Participating Merchant. CouponCabin will use reasonable efforts to maintain the accuracy of the "Payable" date but is not responsible for any inaccuracies or mistakes relating to such date, whether the result of human or technical error by the Participating Merchant or otherwise (including without limitation a delay in the updating of the CouponCabin Website to reflect changes). During the Pending Period, adjustments may be made to such Cash Back as a result of adjustments by the Participating Merchant as described in Sections 4.B.I. above and 4.D. below. After the expiration of the Pending Period, such Qualifying Purchase will be marked "Payable" on your account page. Payments are made as set forth below.

II. **Timing of Payments**

Subject to your continued compliance with these Terms, a payment will be made to you approximately 10 days after the Cash Back marked "Payable" in your account (which excludes any Cash Back in pending status) reaches the account minimum you specify on your account page, which must be at least $7.00. From time to time payment may be made sooner or with respect to smaller amounts than the minimums set forth in the foregoing, in the sole and exclusive discretion of CouponCabin. (Note: Posting of Qualifying Purchase and related Cash Back information with respect to certain Qualifying Purchases may be delayed due to delayed processing and reporting by the respective Participating Merchants. Such delays in posting may result in a corresponding delay of payment. In such cases, CouponCabin may expedite payments, but any decision to expedite payment is at the sole and exclusive discretion of CouponCabin, particularly if such posting delay relates to delays by the Participating Merchant or to changes by a Participating Merchant of its policies and procedures, and such decision shall not be construed as waiving any term or condition of this Agreement.)

III. **Account Minimum**

The account minimum is $7.00 in Cash Back, but you may specify a larger Cash Back account minimum on your account page. Upon reaching the account minimum, you acquire a conditional right to receive payment of the eligible Cash Back in your account. Deductions to the Cash Back in your account will be made in respect of previous Cash Back payments, returned or exchanged merchandise, or Inactive Account maintenance charges (as described below). You will receive the Cash Back marked on your account page as "Payable" in your next payment, provided such Cash Back amount is at least equal to the Cash Back account minimum described above. Any payment made in an amount less than the minimums set forth in the foregoing will be subject to a $3.00 payment fee.

IV. **Cash Back Payment Options**

CouponCabin makes all Cash Back payments in U.S. dollars. Payments are made via check, PayPal (Verified PayPal accounts only), Chase Payments, ACH/Direct Deposit or by receipt of a digital gift card (issued by certain participating merchants), as you specify in your account. Payments may also be directed to an eligible nonprofit or charitable organization as described below. CouponCabin may in the future add other online payment options. Payment via PayPal, Chase Payments, or any other online payment service options added in the future is subject to such online payment service provider's terms and conditions of use. If your check expires without being cashed or deposited or if it is returned to CouponCabin, the Cash Back amount will be returned to your account, where your account balance may be subject to Inactive Account maintenance charges (as described below).

*Payment via PayPal:* You must have a Verified PayPal account in order to receive payment via PayPal. No payments will be sent to PayPal accounts that do not have Verified status. Any reference in these Terms to "PayPal" or "PayPal account" shall mean a Verified PayPal account. You are advised to contact PayPal directly with any questions regarding how to get Verified account status. Use of any PayPal or other online payment provider account by more than one Cash Back account is prohibited.

*Payment via ACH/Direct Deposit:* You expressly authorize CouponCabin's service provider, Dwolla, Inc. to originate credit transfers to your financial institution account. Use of the same bank account or any related ACH/direct deposit information by more than one Cash Back account is prohibited.

*Payment via gift card:* Payment via digital gift card is available only for certain participating merchants as shown in your account. Available merchants for digital gift cards are subject to change at any time without notice, and CouponCabin cannot guarantee that digital gift cards for any particular merchant will be available in the future, even if previously available. You may be offered bonus or promotional Cash Back in connection with the selection of a digital gift card of certain participating merchants; any such bonus or promotional cash back is at the discretion of the applicable merchant and CouponCabin and is subject to change or cancellation at any time without notice. Physical gift cards are not available. Such digital gift cards shall be sent via email only, to the email address on file in your Cash Back account. You may update that email address at any time by logging into your Cash Back account. You will be deemed to have received payment once such digital gift card is sent to the email address on file. CouponCabin will not be responsible for your failure to use or receive such digital gift card, for any reason, including but not limited to (i) your failure to check the email address on file with CouponCabin, (ii) your failure to change or update your email address in your account, (iii) your email service provider (or ISP) blocking or sending such email to your bulk, junk or spam email folder, or (iv) the use or redemption of such gift card by another person with access to your email. Such digital gift cards are issued by third-party merchants, and the use and redemption of such gift cards are governed by the terms and conditions set by the issuing merchant. You are advised to contact the merchant with any questions regarding such gift card terms and conditions. CouponCabin is not the issuer of any gift card, nor are any such third party merchants under the control of or related to CouponCabin, and CouponCabin makes no representations or warranties of any kind regarding any gift card or the issuing merchant. CouponCabin is not responsible for the quality of goods or services acquired through the use or redemption of any such gift card. If any such merchant goes out of business or into bankruptcy prior to your use or redemption of all of the gift card value, you agree that your sole and exclusive recourse with respect to such unused value is with the merchant in question (and not CouponCabin) and that such recourse may be subject to bankruptcy laws.

V. **Donation to Nonprofits**

You have the option to direct that any Cash Back payment that you are eligible to receive be sent instead to an eligible nonprofit or charitable organization on your behalf, as a donation, through CouponCabin. You can direct such donation to be made from your account page by choosing the nonprofit or charitable organization from the eligible organizations in the drop-down box. Subject to your continued compliance with these Terms, such payment will be made to the eligible nonprofit or charitable organization chosen by you approximately 10 days after the end of the calendar quarter in which the Cash Back marked "Payable" in your account (which excludes any Cash Back in pending status) reaches at least $10. If donor and donee requirements under the Internal Revenue Code are met, directing any such eligible Cash Back payment to be sent by CouponCabin on your behalf as a donation to an eligible nonprofit or charitable organization would be structurally qualified to enable a tax deduction by you. CouponCabin does not validate the tax-deductibility of donations that you send to nonprofits or charitable organizations. As set forth in more detail in Section 4.J.d. below, CouponCabin is not qualified to offer, and nothing in these Terms or on the CouponCabin Website or in communications from CouponCabin should be construed or relied upon as, tax advice on the tax deductibility of the donation of any Cash Back payment made by you through CouponCabin to an eligible nonprofit or charitable organization. It is your sole responsibility to document donations and to determine that donations to an organization are tax-deductible.

VI. **Required Account and Payment Information and Communications**

As a condition precedent to earning and receiving any payment of Cash Back, you will need to provide the information necessary to set up your account and process any payments, which includes your real name and a valid mailing address in the United States, and keep such information up to date (such information referred to herein as "Account and Payment Information"). Account and Payment Information shall include, without limitation, your username, password (or any other login credentials or information required to set up an account), your real name, a valid mailing address in the United States and, if applicable, any information required to make a payment to you through PayPal or other online payment service option offered by CouponCabin. Your PayPal account must be a verified PayPal account to be eligible to receive Cash Back payments. Your real name and a valid mailing address is required for account verification and to enable CouponCabin to issue a valid check for payment, and is required regardless of payment method chosen. You must provide your Account and Payment Information on your account page on CouponCabin.com prior to your first eligible payment date. In order to earn any Cash Back and receive any payment of Cash Back or direct any such payment to be sent as a donation on your behalf to an eligible nonprofit or charitable organization, these Terms require that, prior to the applicable eligible payment date listed above, (i) you have the Cash Back account minimum in your account and (ii) you have current and updated Account and Payment Information in your account. CouponCabin may but is not required to email you to verify your Account and Payment Information. Use of the same PayPal, Chase Payments or other online payment provider account by more than one Cash Back account is prohibited. No email address may be used by more than one Cash Back account for any purpose, including but not limited to (i) identifying a particular PayPal, Chase Payments or other online payment provider account or (ii) receiving Cash Back payments by digital gift card.

As set forth above, you must provide your real name and a valid mailing address in the United States (or, if applicable, information enabling a payment to be made to you through PayPal or other online payment service option offered by CouponCabin) as part of your Account and Payment Information. Such information is required for you to earn and receive any payment of Cash Back, and must be provided prior to your first eligible payment date. If your Account and Payment Information does not include your real name and a valid mailing address (or, if applicable, information enabling a payment to be made to you through PayPal or other online payment service option offered by CouponCabin) at the time of making a Qualifying Purchase, then as a courtesy CouponCabin will grant you a grace period of 120 days from the date on which you make a Qualifying Purchase to provide to CouponCabin such mailing address (or, if applicable, information enabling a payment to be made to you through PayPal or other online payment service option offered by CouponCabin). Such grace period will be extended by 120 days following any additional Qualifying Purchase. If you do not provide your real name and a valid mailing address (or, if applicable, information enabling a payment to be made to you through PayPal or other online payment service option offered by CouponCabin) during such grace period, no purchase(s) made by your account will qualify as a Qualifying Purchase and, as such, there will be no Cash Back associated with any such purchase(s). In such event, CouponCabin reserves the right to terminate your membership and cash back account.

CouponCabin uses email to communicate with you regarding your account, and it is your responsibility to keep your email address on file with us current. You can check the email address currently on file with us by accessing your account page on CouponCabin.com. Your use of any Temporary Email Address (as defined above) in connection with your account is prohibited. You are responsible for adding CouponCabin.com to your email service provider's safe sender list, and CouponCabin is not responsible for your failure to receive email from CouponCabin. CouponCabin is not responsible for any email correspondence that is not received by you, for any reason, including due to your failure to check the email address on file with us, to an unreported change in your email address or to your email service provider (or ISP) sending our emails to your bulk, junk or spam email folder or blocking our emails.

VII. **Account Value**

Cash Back in your account is not earned and has no value until payment is actually issued to you as set forth in these Terms and properly cashed by you (or properly received through PayPal or other online payment service option offered by CouponCabin, or issued as a donation on your behalf to an eligible nonprofit or charitable organization and properly cashed). Any account that currently has a balance of less than the account minimum, regardless of whether that account may have previously had a higher balance, has no value as of that time. If your account does not include valid and accurate Account and Payment Information, no Cash Back may be earned and any potential Cash Back shall have no value until you provide all such Account and Payment Information and otherwise satisfy all of the requirements set forth in these Terms.

D. **Account Balances**

You are responsible for reviewing the Cash Back balance in your account on a regular basis and for checking to ensure that all Cash Back has been properly credited to your account. If you notice a discrepancy in your account, including but not limited to purchases or transactions missing or not correctly posted to your account, you are required to notify us within ninety (90) days after the date of the purchase causing the possible discrepancy. Such notification may be provided by email at cbterms@couponcabin.com or, for missing or incorrect purchases or transactions, by submitting a missing cash back reward form. CouponCabin will make a reasonable effort to investigate missing or non-tracked transactions and Cash Back, but CouponCabin reserves the right to halt any such investigations at any time. Please do not make purchase or transaction decisions based on expected Cash Back as it is not guaranteed. To enable an investigation of such missing or incorrect purchase or transaction, you will be required to provide us with additional information about your purchase, including your email confirmation from the Participating Merchant. By providing such information you authorize CouponCabin to engage with the Participating Merchant on your behalf, solely as necessary to investigate your missing or incorrect transaction and to obtain any additional information required to process any Cash Back that should be credited to you in connection with such purchase. If you fail to notify us within that ninety (90) day period, your Cash Back balance shall be deemed to be accurate and you hereby waive any right to dispute such discrepancy. After notifying us regarding a potentially missing or incorrectly reported transaction(s), you may be offered an account credit in lieu of an investigation regarding such transaction(s), and upon acceptance of such account credit and its posting to your cash back account, your Cash Back balance shall be deemed to be accurate and you hereby waive any right to seek additional cash back or account credit with respect to such transaction(s).

In the event that CouponCabin contacts or undertakes an investigation with a Participating Merchant regarding a potentially missing or incorrectly reported transaction, such investigation may take up to ninety (90) days, or longer, to complete. CouponCabin has no control over any Participating Merchant, and is unable to expedite any investigation, as once the investigation has been commenced by CouponCabin, the review of such investigation by the Participating Merchant is done solely at the discretion of and on the timeline of such Participating Merchant. Any delay by the Participating Merchant in reviewing or progressing any investigation, or lack of activity by such Participating Merchant in connection with any such investigation, is outside of CouponCabin's control. Accordingly, CouponCabin will be unable to respond to any request or demand by a member to expedite or complete any investigation, and any such attempt will be deemed to exact abnormally high administrative costs and be grounds for account termination under Section 4.J.II. below. In the event that you have notified CouponCabin of potentially missing or incorrectly reported transactions and in more than ten (10) such instances such transactions have been determined by the Participating Merchant and CouponCabin as failing to qualify as a Qualifying Purchase, you will no longer be permitted to submit claims regarding potentially missing or incorrectly reported transactions or to notify CouponCabin regarding such potentially missing or incorrectly reported transactions, and CouponCabin reserves the right to terminate your membership and account pursuant to Section 4.J.I. below.

Cash Back balances accrued in your account are subject to adjustment due to, among other things, Participating Merchants' adjustments to CouponCabin's commissions for cancellations, returns, exchanges, merchant bankruptcies, reporting or tracking errors and other events. CouponCabin may make such adjustments to member accounts at any time at its sole discretion. In the event you disagree with any adjustment made to your account, you are required to notify us by email at cbterms@couponcabin.com within ninety (90) days after the disputed adjustment has been posted to your account. If you fail to contact us within that ninety (90) day period, your sole recourse is to terminate your account.

E. **Inactive Accounts**

Any member's account that has not been credited with a Qualifying Purchase during any rolling 12 consecutive calendar month period is declared an "Inactive Account." If your account becomes an Inactive Account, CouponCabin reserves the right to debit your Cash Back balance up to four dollars ($4.00) per month to recover the cost of account maintenance. Such account maintenance charge will apply until (1) you reactivate your account by completing a Qualifying Purchase or (2) the Cash Back balance in your account is zero. If the balance in your Inactive Account is or becomes zero, CouponCabin reserves the right to close the account permanently and cease to maintain your account records or access. The Inactive Account maintenance charge will not cause your account balance to become negative and will not cause you to owe money to CouponCabin.

In the event a check issued to you expires without being cashed or deposited, or if it is returned, CouponCabin reserves the right to debit your Cash Back balance two dollars ($2.00) in each instance to recover associated administrative costs.

F. **Program Changes By Merchants**

CouponCabin is not responsible for changes to, or discontinuance of, the participation of any Participating Merchant, any Participating Merchant's withdrawal from Cash Back, or for any effect on accrual of your Cash Back caused by or resulting from such changes, discontinuance or withdrawal.

G. **Termination of Program**

CouponCabin reserves the right to terminate Cash Back in whole or in part at any time with notice to the email address used to register your account. In the event Cash Back is terminated, payment of your remaining Cash Back will be made to you approximately ninety (90) days following the date notice is transmitted by CouponCabin to the email address on file with us in your account. CouponCabin will not be responsible for failing to notify you of termination of the Cash Back program where such failure is caused by your not receiving email from CouponCabin for any reason, including but not limited to your failure to check the email address on file with us, your failure to change or update your email address in your cash back account, or due to your email service provider (or ISP) sending our emails to your bulk, junk or spam email folder or blocking our emails.

**H. Bonuses and Promotions**

From time to time CouponCabin may offer monetary bonuses or other rewards for specific actions, such as referring new members who become active users. The terms and conditions accompanying such offers will govern how they are earned and paid, but only to the extent such terms and conditions expressly differ from or clearly conflict with this Agreement. Below are examples of bonuses or other rewards provided for in this section, but the list is not intended to be exhaustive, and CouponCabin reserves the right in its sole discretion to introduce other bonuses, rewards or similar promotions in the future, and reserves the right in its sole discretion to modify or discontinue any aspect of, or terminate altogether, any bonus or other reward programs or promotions offered as part of Cash Back, including any listed below. Commercial Buyers are not eligible for, and will not receive, any bonus or promotional Cash Back offered by CouponCabin to other members, including but not limited to the bonus Cash Back described in this section.

a. <u>Bonus Cash Back (VIP):</u> CouponCabin may from time to time offer bonus Cash Back to select members, in the sole and exclusive discretion of CouponCabin, on Qualifying Purchases with select merchants, which may be referred to as "VIP," "VIP bonus," "Bonus Cash" or "VIP program" where applicable. Any bonus percentage offered is the percentage that will be applied to the Cash Back you receive on Qualifying Purchases as part of the Cash Back program. (By way of example only: if a member qualifying for bonus Cash Back at a 10% bonus rate completes a Qualifying Purchase that results in $12.00 of Cash Back, such member will receive an additional $1.20 of bonus Cash Back.) Bonus cash back (and the related bonus percentage) will not apply to (i) Cash Back from special cash back offers, such as those marked for "Members Only", and special cash back offers relating to grocery/brand items, (ii) Cash Back from separate or special bonuses that may be offered from time to time as part of the Cash Back program or (iii) transactions with certain excluded merchants. Bonus Cash Back (and the related bonus percentage) is not transferable and is void where prohibited by law. For an order or transaction to qualify toward moving to a new bonus Cash Back tier or toward maintaining a bonus Cash Back tier, it must be a Qualifying Purchase completed in accordance with these Terms and in a net purchase amount (as set forth in more detail in Section 4.B.I.) of $20 or more, as reported and credited by the merchant. Orders or transactions of any size with certain excluded merchants, including but not limited to eBay Inc., do not qualify toward moving to a new bonus Cash Back tier or toward maintaining a bonus Cash Back tier. CouponCabin reserves the right, at any time and in its sole and exclusive discretion, (x) to change the percentage of bonus Cash Back applicable to your eligible Qualifying Purchases or to your eligible Qualifying Purchases with a particular store or merchant, at any time with or without notice, (y) to exclude some or all of any merchant's transactions from bonus Cash Back and (z) to require members to make a minimum number or frequency of transactions to remain in a bonus Cash Back tier. The bonus percentage applicable to eligible Qualifying Purchases with a particular store or merchant will be indicated on such store or merchant's page on CouponCabin.com. If a particular store or merchant is excluded from bonus Cash Back, such status will be indicated on such store or merchant's page on CouponCabin.com. CouponCabin will use reasonable efforts to keep current the bonus Cash Back percentage applicable to Qualifying Purchases with each store or merchant and to keep a merchant's bonus exclusion status current, but is not responsible for any inaccuracies or mistakes relating to such bonus Cash Back percentages or merchant exclusions, whether the result of human or technical error (including without limitation a delay in the updating of the CouponCabin Website to reflect changes).

b. <u>Application Bonus:</u> CouponCabin may from time to time offer bonus Cash Back to members in connection with an action relating to an application created or distributed by CouponCabin, such as (but not limited to) downloading or signing in from a browser extension or mobile application created or distributed by CouponCabin.

c. <u>Restrictions on Bonus Cash Back:</u> Bonus Cash Back is not available to members who have substantial repeat purchase activity at a specific store or who make a regular practice of reselling goods or services. Bonus Cash Back will not be earned on cash back from the redemption of limited quantity "MEMBERS ONLY" Special Cash Back Offers (defined below), either (1) upon the use or redemption of any such offer or (ii) in connection with the selection of payment via digital gift card for any such cash back.

All terms and conditions of the Cash Back program, including but not limited to those relating to earning and receiving Cash Back, continue to apply to all Cash Back members and transactions in connection with any bonus or other reward programs or promotions offered as part of Cash Back. Accounts receiving any bonuses are subject to the provisions of section 4.C.V. above, and any account that has a balance of less than the account minimum specified in section 4.C.III. above (regardless of whether it has received a bonus) has no value as of that time.

**I. Members Only and Special Cash Back Offers**

I. **Definition**

CouponCabin may from time to time offer special Cash Back offers ("Special Cash Back Offers") to existing or new Cash Back members relating to transactions with certain Participating Merchants, as part of its Cash Back Program. Special Cash Back Offers will generally be denoted by the label "MEMBERS ONLY" or "NEW MEMBERS ONLY" together with the offer. **SPECIAL CASH BACK OFFERS ARE EXCLUSIVELY CREATED AND OFFERED SOLELY BY COUPONCABIN AS PART OF ITS CASH BACK PROGRAM AND NOT BY ANY MERCHANTS. DOLLAR AMOUNTS AND SAVINGS WILL NOT BE REFLECTED OR SHOWN ON THE MERCHANT WEBSITE AT CHECKOUT OR DURING THE TRANSACTION AS A DISCOUNT. NO MERCHANT HAS ANY RESPONSIBILITY OR LIABILITY FOR THE SPECIAL CASHBACK OFFER OR THE STATED SAVINGS, WHICH IS SOLELY IN THE FORM OF CASH BACK FROM COUPONCABIN.**

<u>From time to time, a Special Cash Back Offer may include or be accompanied by a promo code that can be entered at checkout on the website of the Participating Merchant for an immediate discount. In such cases, this discount is offered by the Participating Merchant and is separate from the CouponCabin Cash Back Program, and if eligible for use will reduce the transaction amount at the time of checkout. Promo codes are subject to exclusions and special terms applied by the Participating Merchant, which may render the code ineligible for your transaction or render your transaction ineligible for the Special Cash Back Offer. Any discount that is applied will reduce the amount of the Qualifying Purchase(s) to be counted toward the Special Cash Back Offer purchase threshold or the amount to which the applicable Cash Back rate is applied. In the event your use of a promo code renders your transaction ineligible for a Special Cash Back Offer or for cash back, and you wish to receive cash back, you must cancel or return your original order and place a new order in the same manner without the promo code in order to use such Special Cash Back Offer or receive cash back.</u>

II. **Special Cash Back Offers Generally**

Parameters such as the amounts and eligibility requirements applicable to each such Special Cash Back Offer will be set forth together with, and shall apply to, such offer. Special Cash Back Offers are part of the CouponCabin Cash Back Program, and as such are subject to these Terms in every respect, and by using a Special Cash Back Offer you agree to be bound by such Terms. Special Cash Back Offers are valid online only and cannot be used offline, with phone orders or in-store (in-store includes orders placed online but picked up in-store), with the exception of grocery or brand Special Cash Back Offers described in subparagraph (e) below. To earn the Cash Back offered in Special Cash Back Offers, you must complete your transaction in accordance with and otherwise adhere to the provisions of Section 4 of these Terms. All aspects of the Cash Back earned or offered in Special Cash Back Offers, as well as the administration of Special Cash Back Offers, are governed by these Terms, including but not limited to Section 4.B. (Earning Cash Back), Section 4.C. (Payments and Timing) and Section 4.J. (Member Obligations and Restrictions). In the event of an express conflict between the parameters set forth with a Special Cash Back Offer and these Terms, these Terms shall control. *The Cash Back offered in a Special Cash Back Offer applies only to Qualifying Purchase(s) that meet the parameters of the Special Cash Back Offer, in accordance with these Terms.* Orders must be placed online on the U.S. website of the Participating Merchant to be a Qualifying Purchase, and online orders/purchases for international locations are also excluded. The purchase amount, for purposes of meeting the parameters of any Special Cash Back Offer and for purposes of Cash Back generally, of any Qualifying Purchase is the amount reported and credited by the Participating Merchant to CouponCabin, and such amount is subject to specific exclusions or special terms applied by the particular Participating Merchant or CouponCabin as set forth in more detail in Section 4.B. (Earning Cash Back) above, and such amount may be adjusted by the Participating Merchant after initial reporting. In the event that you make a purchase or transaction in connection with a Special Cash Back Offer that includes Qualifying Purchase(s) but for any reason does not meet the parameters of a particular Special Cash Back Offer, the Cash Back percentage or amount generally applicable for such Participating Merchant shall apply to such Qualifying Purchase, as described more fully in paragraph VI below. In the event that you make a purchase or transaction in connection with a Special Cash Back Offer that is not a Qualifying Purchase because of specific exclusions or special terms applied by the Participating Merchant or CouponCabin, you will not earn any Cash Back on such purchase or transaction. In the event that you make a purchase or transaction in connection with a Special Cash Back Offer that ceases to be a Qualifying Purchase because of specific exclusions or special terms applied by the Participating Merchant or CouponCabin, you will not earn any Cash Back on such purchase or transaction and the Cash Back credited to your account will be reduced accordingly.

III. **Additional Conditions**

a. Single use: Certain Special Cash Back Offers or new Cash Back member offers in connection with initial registration are limited to a one-time, single use (1 use) per household or computer network/IP address. Any single use Special Cash Back Offers subject to such limits may be claimed or used by only a single (1) Cash Back account per household or computer network/IP address. Any use of multiple accounts or computer networks/IP addresses to circumvent such limits, or other fraudulent or abusive action, in violation of Section 4.J. of these Terms in connection with Special Cash Back Offers is prohibited, and each such account is subject to, in the sole discretion of CouponCabin, cancellation and the loss of Cash Back and any other credits. In the event that any natural person is shown to be or is suspected of maintaining more than a single account, in the sole and absolute discretion of CouponCabin, CouponCabin will have the right to terminate all such accounts and/or to prohibit such person from rejoining under or registering a new account. Any and all determinations of fraudulent or abusive activity in violation of Section 4.J. of these Terms is in the sole and absolute discretion of CouponCabin.

b. Applicable purchase threshold: Certain Special Cash Back Offers will require a purchase threshold to be met. In connection with any such Special Cash Back Offers, the purchase threshold must be met by, and Cash Back is calculated based on, Qualifying Purchases in an amount that excludes (among other things) taxes, fees, shipping, delivery, tip, gift-wrapping, installation, discounts (including promo codes) or credits (including gift card usage), bundled offers, returns or cancellations, rebates, gift card purchases, bulk orders, orders for resale, any purchase using any type of layaway or payment plan, finance charges, labor costs for home or auto services, prescriptions, lottery tickets, phone cards, money orders, extended warranties and any other specific exclusions or special terms (which may exclude particular items or transactions) applied by the particular Participating Merchant, all as set forth in more detail in Section 4.B.I. above. Such purchase-threshold Special Cash Back Offers may be used by only one account per household or computer network/IP address, and are limited to a single (1) claim or use by such household or computer network/IP address per 30 days, unless communicated differently to you by CouponCabin, and in all cases are limited to a single (1) claim or use per store or brand per 90 days. Any use of multiple accounts or computer networks/IP addresses to circumvent such limits, or other fraudulent or abusive action, in violation of Section 4.J. of these Terms in connection with Special Cash Back Offers is prohibited, and each such account is subject to, in the sole discretion of CouponCabin, cancellation and the loss of Cash Back and any other credits. If you order an item or make a Qualifying Purchase in connection with a Special Cash Back Offer prior to the applicable expiration date, but the item is not sent or the order not completed until after such expiration date, such order or Qualifying Purchase may not count towards determining whether the purchase threshold has been met. This may apply to, among other transactions (and not limited to), orders for travel, event tickets, flowers, backorders, subscriptions, auto-replenishments or services that are to be fulfilled in the future.

c. Offer Maximums: There may be a maximum limit on the amount of Cash Back that may be earned on a Qualifying Purchase in connection with a Special Cash Back Offer. Such maximum will be clearly stated together with the Special Cash Back Offer, and it represents the maximum amount of Cash Back a member may earn on a Qualifying Purchase in connection with such Special Cash Back Offer.

d. Aggregate Maximum: You are limited to a maximum aggregate amount of $600 in cash back from the redemption of limited quantity "MEMBERS ONLY" Special Cash Back Offers in any 12-month period.

e. Limits on Claims/Use: CouponCabin reserves the right to limit the number of Special Cash Back offers (i) available to be claimed by Cash Back members, (ii) that may be claimed or used by a single household or computer network/IP address or (iii) that may be claimed or used by a single household or computer network/IP address during a specified time period (such as every 30 days or every 90 days). Any such limit(s) are at the sole and exclusive discretion of CouponCabin and can change at any time, and any Special Cash Back Offers that a member attempts to claim and/or use once such limit has been reached will not be credited. You may be entitled to delete or undo your claims of Special Back Offers, subject to limits (such as two per calendar year) and within time frames (such as within on hour of making the claim) as set forth on your account page. Following any such deletion, the claimed Special Back Offer that was deleted cannot be restored under any circumstances, and the deletion will count against any such limits. Such limits may change at any time without notice.

f. Restrictions on Claims/Use: The use of multiple accounts, multiple devices or multiple computer networks/IP addresses to circumvent restrictions or limits relating to Special Cash Back Offers, or the simultaneous use of multiple devices in connection with any attempted claim of a Special Cash Back Offer, is prohibited. You are prohibited from causing or allowing any other person to impersonate you or to access, take any action with, use or maintain your account, and in the event of any such impersonation or use of your account by another person in connection with the claim of a Special Cash Back Offer, such claim will be void.

g. <u>Expiration dates:</u> Limited quantity "MEMBERS ONLY" Special Cash Back Offers expire at 11:59 PM Central Time on the date they are claimed, and any such offer must be redeemed prior to that time. Other Special Cash Back Offers are subject to an expiration date, which will be clearly stated together with the Special Cash Back Offer, and any transaction in connection with a Special Cash Back Offer completed after such expiration date will not be eligible for Cash Back indicated in the Special Cash Back Offer (but may be eligible for Cash Back at the percentage generally applicable for such Participating Merchant, as described in paragraph VI below). Any expiration date stated with respect to a Special Cash Back Offer shall mean an expiration time of 11:59 PM Central Time on such date. If you order an item or make a Qualifying Purchase in connection with a Special Cash Back Offer prior to the expiration date, but the item is not sent or the order not completed until after such expiration date, such order or Qualifying Purchase will not be eligible for Cash Back indicated in the Special Cash Back Offer. This may apply to, among other transactions (and not limited to), orders for travel, event tickets, flowers, backorders, subscriptions, auto-replenishments or services that are to be fulfilled in the future.

h. <u>Receipts and Redemption Instructions:</u> Use of certain Special Cash Back Offers require you to provide a copy of your purchase receipt or complete additional steps as instructed by the Special Cash Back Offer. If you fail to complete all such steps properly, such purchase or transaction will not be a Qualifying Purchase and cash back will not be received in connection with such Special Cash Back Offer. In order to be a Qualifying Purchase, (i) such purchase must take place AFTER you have clicked on and claimed the applicable Special Cash Back Offer, and (ii) the date of transaction must be shown in the copy of the purchase receipt or confirmation that you provide.

i. <u>Changes to Special Cash Back Offers:</u> Special Cash Back Offers are subject to change or cancellation or extension at any time, with or without notice. CouponCabin reserves its rights to change or cancel any Special Cash Back Offer at any time, regardless of posted expiration date. The posting of an expiration date shall not, and shall not be deemed to, create any obligation on the part of CouponCabin to maintain a Special Cash Back Offer through such expiration date.

j. <u>No retroactive credit:</u> In the event that, following your use of a Special Cash Back Offer, CouponCabin offers a similar Special Cash Back Offer in a greater or lesser amount, CouponCabin shall have no obligation to match the new Special Cash Back Offer or retroactively credit/debit your Cash Back account in such greater/lesser amount. In such event, CouponCabin may, in its sole and exclusive discretion, honor a request for retroactive credit/debit, but it shall in no way be obligated to do so.

k. <u>Specified Participating Merchant only:</u> A Special Cash Back Offer shall be limited to transactions with the Participating Merchant specified in the Special Cash Back Offer, regardless of any policies or practices of such Participating Merchant, and is not eligible for use at any competitor or corporate affiliate of such Participating Merchant or any other merchant or store.

l. <u>Purchase information posted:</u> As set forth in more detail in Section 4.C.I. above, Qualifying Purchase(s) will be posted to your account after the Participating Merchant reports the completion of the purchase or transaction to CouponCabin. CouponCabin may not receive information about your Qualifying Purchase(s) from the Participating Merchant until all items from your Qualifying Purchase have been provided or shipped. If CouponCabin does not receive information from the Participating Merchant that identifies your transaction as qualifying for the Special Cash Back Offer, you will not receive the Cash Back associated with such Special Cash Back Offer.

IV. **Combining Special Cash Back Offers**

Special Cash Back Offers are not eligible to be combined with any special Cash Back bonuses or rewards offered by CouponCabin. This includes, but is not limited to, Bonus Cash Back described in Section 4.H. Bonus Cash Back in connection with the selection of payment via digital gift card. For the avoidance of doubt, Qualifying Purchases made in connection with Special Cash Back Offers are not eligible for, and will not receive, any Cash Back except as expressly provided for in the Special Cash Back Offer itself. For existing Cash Back members, Qualifying Purchases made in connection with a Special Cash Back Offer do count towards any unmet threshold applicable to or in connection with any bonus for referring new Cash Back members.

V. **Common Types of Special Cash Back Offers**

The following are examples of six common types of Special Cash Back Offers. This list is not intended to be exhaustive, and CouponCabin reserves the right in the future to offer Special Cash Back Offers that differ from the examples below. Some Special Cash Back Offers may fit within or share the characteristics of more than one of the examples below. The parameters of each Special Cash Back Offer will be set forth together with the Special Cash Back Offer. Each Special Cash Back Offer is subject to the conditions and limitations set forth in paragraph III above.

a. Threshold based: In order to receive the Cash Back offered, you must meet the purchase threshold set forth with the Special Cash Back Offer, and such threshold must be met by Qualifying Purchases in an amount that excludes taxes, fees, shipping, delivery, tip, gift-wrapping, installation, discounts (including promo codes) or credits (including gift card usage), bundled offers, returns or cancellations, rebates, gift card purchases, bulk orders, orders for resale, any purchase using any type of layaway or payment plan, finance charges, extended warranties and any other specific exclusions or special terms (which may exclude particular items or transactions) applied by the particular Participating Merchant. This Special Cash Back Offer may be used by only one account per household or computer network/IP address, and is limited to a single (1) claim or use by such household or computer network/IP address per 30 days, unless communicated differently to you by CouponCabin, and in all cases are limited to a single (1) claim or use per store per 90 days. In a household or for a computer network/IP address in which more than one Cash Back account exists, only the first claim or use of this Special Cash Back Offer in such household or computer network/IP address will be credited, and any use of multiple accounts or computer networks/IP addresses to circumvent such limits, or other fraudulent or abusive action, in violation of Section 4.J. of these Terms in connection with Special Cash Back Offers is prohibited.

b. Limited quantity: A limited number of a particular Special Cash Back Offer will be offered, and no more than the stated number of Special Cash Back Offers will be credited. CouponCabin may elect to increase the stated number of Special Cash Back Offers, in its sole discretion.

c. New members only: A Special Cash Back Offer may be used only by a new Cash Back member in connection with the initial registration of a Cash Back account. This Special Cash Back Offer is limited to a single use (1 use) per household or computer network/IP address (not per Cash Back account). In a household or for a computer network/IP address in which more than one Cash Back account exists, only the first claim or use of this Special Cash Back Offer in such household or computer network/IP address will be credited. This Special Cash Back Offer is not eligible for existing Cash Back members.

d. Product or item specific: A Special Cash Back Offer may apply only to specific product(s) or item(s) as stated in the Special Cash Back Offer. To the extent any such Special Cash Back Offer contains a purchase threshold, only Qualifying Purchases of the product or item specified in the Special Cash Back Offer will be counted towards such threshold.

e. Grocery or brand: A Special Cash Back Offer may be offered on a specific grocery or brand item or purchase. In order to receive the Cash Back offered, you must complete all steps as instructed, including any requirements relating to providing a copy of your purchase receipt or confirmation. In order to be a Qualifying Purchase, (i) the purchase in connection with the grocery Special Cashback Offer must take place AFTER you have clicked on and claimed the applicable Special Cash Back Offer, and (ii) the date of transaction must be shown in the copy of the purchase receipt or confirmation that you provide. Claim or use of grocery or brand Special Cash Back Offers may be done by only one account per household or computer network/IP address, and is limited to a single (1) claim per household or computer network/IP address (not per account) per 30 days, unless communicated differently to you by CouponCabin, and in all cases is limited to a single (1) claim per brand per 90 days per household or computer network/IP address (not per account). A grocery or brand Special Cash Back Offer may be redeemed, and the associated cash back will be earned, only with respect to a single (quantity of one) item purchase, and in the event any such item is purchased in a quantity greater than one, cash back will be credited only on the first such item purchased. In a household or for a computer network/IP address in which more than one Cash Back account exists, only the first claim of such grocery Special Cash Back Offer in such household or computer network/IP address will be credited, and any use of multiple accounts or computer networks/IP addresses to circumvent such limits, or other fraudulent or abusive action, in connection with such Special Cash Back Offer is in violation of Section 4.J. of these Terms and is prohibited. Use of the same purchase receipt or confirmation by multiple Cash Back accounts in connection with any grocery Special Cashback Offer is prohibited.

f. Single item orders: In order to be eligible to receive the Cash Back offered for "single item orders" your purchase must consist solely of the Qualifying Purchase of a single product or item. Any purchase or order that consists of more than one item will not qualify for this Special Cashback Offer and will not receive the indicated Cash Back amount. This type of Special Cash Back Offer is subject to limits in which it may be claimed or used by only one account per household or computer network/IP address, and is limited to a single (1) claim or use by such household or computer network/IP address per 30 days, unless communicated differently to you by CouponCabin, and in all cases is limited to a single (1) claim or use per store per 90 days. In a household or for a computer network/IP address in which more than one Cash Back account exists, only the first claim or use of this Special Cash Back Offer in such household or computer network/IP address will be credited.

VI. **Applicable Cash Back Rate**

In the event that you make a transaction in connection with a Special Cash Back Offer that includes Qualifying Purchase(s) but for any reason does not meet the parameters of a particular Special Cash Back Offer, you will receive Cash Back at the percentage or in the amount generally applicable for such Participating Merchant as applied to the Qualifying Purchase(s) made by you. Reasons why a transaction may not meet the parameters of a Special Cash Back Offer include, but are not limited to, (i) returns or cancellations (as set forth in more detail in paragraph VII below), (ii) failure to meet the applicable purchase threshold due to exclusions by the Participating Merchant, (iii) failure to meet the applicable purchase threshold due to the exclusion of taxes, fees, shipping, delivery, tip, discounts or credits, extended warranties or other exclusions listed in paragraph III above, (iv) you did not have cookies enabled on your browser, (v) you visited other websites or made other unrelated clicks after your click on the Special Cash Back Offer but before completing your transaction with the Participating Merchant, (vi) you misread the Special Cash Back Offer or misunderstood the stated parameters of, or description contained in, the Special Cash Back Offer. In the event that you make a purchase or transaction in connection with a Special Cash Back Offer that is not a Qualifying Purchase, or ceases to be a Qualifying Purchase after initial posting to your Cash Back account, because of specific exclusions or special terms applied by the Participating Merchant or CouponCabin, you will not earn any Cash Back on such purchase or transaction.

CouponCabin will not be responsible for and will not be obligated to honor any Special Cash Back Coupon that was posted in error, contains typographical mistakes or, as a result of technical or human error, contains inaccuracies or appears inaccurately on the CouponCabin Website.

VII. **Returns, Exchanges or Cancellations**

If a Qualifying Purchase is made in connection with a Special Cash Back Offer and subsequently returned to, exchanged or cancelled with the Participating Merchant, it will cease to be a Qualifying Purchase and will not be eligible for such Special Cash Back Offer. The Cash Back balance accrued in your account will be subject to adjustment as a result, in accordance with Section 4.D. of these Terms.

In the event that the return, exchange or cancellation of a Qualifying Purchase results in the failure of the applicable transaction to meet the required purchase threshold of a Special Cash Back Offer, the Cash Back balance accrued in your account will be adjusted to reflect the removal of the Cash Back received in connection with that Special Cash Back Offer. At the same time, the Cash Back balance accrued in your account will be credited with Cash Back at the percentage generally applicable for such Participating Merchant as applied to any Qualifying Purchase(s) made as part of the transaction which included the returned, exchanged or cancelled item(s).

J. **Member Obligations**

Your continued membership in and eligibility for Cash Back is conditioned upon your compliance with this Agreement.

I. **Fraud or Abuse**

You are strictly prohibited from any conduct (i) that corrupts, affects or undermines the legitimate operation of Cash Back, or (ii) that manipulates, increases or affects (or in any way has the effect of manipulating or affecting) the accrual, generation or receipt of Cash Back through invalid, deceptive or fraudulent means, as determined in the sole and exclusive discretion of CouponCabin. You shall not misrepresent any information or knowingly provide any inaccurate or misleading information to CouponCabin (including Account and Payment Information) or any Participating Merchant, directly or indirectly; this includes, but is not limited to, making more than one claim relating to a purchase or transaction purportedly missing or not correctly posted to your account, which includes any claim made with any other cash back, rebate or loyalty website in addition to CouponCabin. CouponCabin reserves the right to terminate your membership and account for, among other reasons, any of the following, in each case as determined in the sole and exclusive discretion of CouponCabin: (1) failure to comply with this Agreement; (2) any suspected fraud or abuse relating to the accrual, generation or receipt of Cash Back, including but not limited to the use of multiple accounts, multiple devices or multiple computer networks/IP addresses to circumvent Cash Back restrictions or limits, and including fraud or abuse with respect to generating clicks of grocery coupons; (3) any suspected misrepresentation of information or misleading information provided to CouponCabin (including Account and Payment Information) or any Participating Merchant, as set forth above; (4) use of any Temporary Email Address (as defined above) to register your cash back account or in connection with your cash back account at any time; or (5) any other reason deemed appropriate to maintain the proper and intended functioning of the Cash Back program, in CouponCabin's sole and exclusive discretion.

Without limiting the generality of the foregoing, in connection with any Special Cash Back Offer or other offer or promotion that requires you to provide a purchase receipt or confirmation, you are strictly prohibited from (i) the use, submission or redemption of the same purchase receipt or confirmation by multiple Cash Back accounts; (ii) any use, submission or redemption or attempted use, submission or redemption of a fake or fabricated or modified (in any way) receipt or confirmation; (iii) any sharing of purchase receipts or confirmations; (iv) the use, submission or redemption of the same purchase receipt or confirmation more than once in connection with the same item or brand.

II. **Other Conduct**

In the event that you continually fail to cash your Cash Back checks or otherwise require CouponCabin, in its discretion, to incur abnormally high administrative costs or burdens with respect to your account, CouponCabin reserves the right to terminate your membership and cash back account. You are strictly prohibited from any abusive conduct in your dealings with and communications to (whether written, verbal or otherwise) CouponCabin, its employees and representatives. Accordingly, CouponCabin reserves the right, in its sole and exclusive discretion, to terminate at any time and without further notice the account of any Cash Back member who (i) uses profanity or abusive language in any communications to CouponCabin, its customer service agents or other representatives, whether written, verbal or otherwise, (ii) makes or is deemed by CouponCabin to have made any type of threat in an attempt to coerce CouponCabin into paying Cash Back or into taking any other action, (iii) is or is deemed by CouponCabin to be abusive to CouponCabin customer service agents or representatives.

III. **Termination of Your Membership**

In addition to any other provisions of this Agreement, CouponCabin reserves the right to terminate your membership at any time with or without notice due to your violation of anything in these Terms or as otherwise provided for or in accordance with these Terms. If your membership is terminated by CouponCabin, CouponCabin may refuse to pay some or all of the amounts credited to your account if such amounts appear or are suspected (as determined in the sole and exclusive discretion of CouponCabin) to have been earned in violation, or after violation, of these Terms or to have been otherwise unlawfully obtained. In the event your membership is terminated and payment of some or all of the amounts in your account is made to you, any such payment made in an amount less than the account minimum will be subject to a $3.00 payment fee as specified in Section 4.C.III. above. Should your account be terminated by CouponCabin, you are prohibited from rejoining under or registering a new account, unless expressly invited to do so by CouponCabin.

IV. **Duplicate Accounts, Impersonation and Duplicate Payment Information**

You may maintain only a single account in the Cash Back program at any given time. You are prohibited from (i) registering, creating, accessing or maintaining more than one Cash Back account, which includes any Cash Back account on behalf of another person, whether directly or indirectly and whether in such other person's name or not, or (ii) causing or allowing any other person to impersonate you or to access, take any action with, use or maintain your account. Any such duplicate accounts (which include any accounts which are created, accessed or maintained by a single person) or accounts which have been accessed or used by more than one person are subject to cancellation and the loss of Cash Back and any other credits, and any natural person creating, accessing or maintaining more than a single account will have all such accounts terminated and will be prohibited from rejoining under or registering a new account. (CouponCabin may make an exception in the case of a person maintaining a personal account at the same time as maintaining an account on behalf of an entity such as an office or company. CouponCabin will determine whether such an exception should apply on a case by case basis, in its sole and exclusive discretion, and such action shall not be construed as waiving any term or condition of this Agreement.) Use of any duplicate accounts, or use of a single account on more than one device or by more than one person, to improperly increase or affect the accrual, generation or receipt of Cash Back (such as by using self-referrals in connection with a referral bonus), as determined in the sole and exclusive discretion of CouponCabin, is prohibited and will result in account cancellation and the loss of Cash Back and any other credits.

Without limiting the generality of the foregoing, Cash Back will be rewarded only for each unique click on a coupon marked "Grocery Coupon" on CouponCabin.com up to a limit of five unique clicks per account per IP address per calendar day. Any clicks generated from more than one account associated with or logged in from the same IP address during the same calendar day shall be void, and any such activity will be considered use of duplicate accounts as prohibited by this Section 4.J. and can result in account cancellation and the loss of Cash Back and any other credits.

A particular PayPal, Chase Payments or other online payment provider account (or bank account in the case of direct deposit) may be used in connection with only one Cash Back account, and any use of a particular payment provider account or bank account in connection with more than one Cash Back account is prohibited. No email address may be used by more than one Cash Back account for any purpose, including but not limited to (i) identifying a particular PayPal, Chase Payments or other online payment provider account or (ii) receiving Cash Back payments by digital gift card. Use of any PayPal, Chase Payments or other online payment provider account, or of any bank account (in the case of direct deposit), or of any email address, in connection with multiple Cash Back accounts will subject such Cash Back accounts to cancellation and the loss of Cash Back and any other credits.

K. **Cash Back on Gift Cards**

Cash back may be earned on the purchase of digital gift cards issued by select participating brands and merchants ("Gift Card Merchants") made through the CouponCabin mobile application (the "Gift Card Service" or "GC Service"), subject to these Terms. The GC Service and the digital gift cards purchased through the GC Service are available only to select Cash Back Members and only through the CouponCabin mobile application and not on the CouponCabin.com desktop or mobile website.

I. **Amount of Cash Back**

The purchase of a digital gift card of a Gift Card Merchant using the GC Service on the CouponCabin mobile application is a Qualifying Purchase as part of the Cash Back program, subject to these Terms. Cash Back on such Qualifying Purchase is calculated based on the amount of the digital gift card purchased through the GC Service, as reported and credited by the Gift Card Merchant. You may purchase a Gift Card Merchant digital gift card through the GC Service subject to the limits, including maximum and minimum amounts, specified in these Terms or by the GC Service. You are limited to $200 in total dollar amount of digital gift cards per calendar month. The Cash Back rate or amount applicable for each particular Gift Card Merchant shall be shown in the Gift Card section of the CouponCabin mobile application. Such Cash Back rates are subject to change at any time, increase or decrease, without notice. After completing your digital gift card purchase through the GC Service and receiving confirmation of such purchase, your Cash Back account will be credited with the applicable Cash Back within 48 hours. Such Cash Back is earned as part of the CouponCabin Cash Back program, and as such all Terms applicable to the Cash Back program shall apply to Cash Back earned in connection with the GC Service in every respect.

II. **Earning Cash Back**

You may earn Cash Back on the purchase of Gift Card Merchant digital gift cards solely through the GC Service on the CouponCabin mobile application. You must complete all steps using the CouponCabin mobile application for such purchase to be a Qualifying Purchase. Reasons why a digital gift card purchase may not become, or may cease to be, a Qualifying Purchase include (but are not limited to) the following:

  i. you fail to complete all steps required on the CouponCabin mobile application;
 ii. you purchase such digital gift cards through any other means other than the GC Service using the CouponCabin mobile application;
iii. you used an unauthorized credit card to complete your purchase;
 iv. you completed the purchase in violation of the applicable terms and conditions of the credit card used;
  v. your transaction is declined by your credit card issuer, bank, payment service provider, our payment processor or any other part of the payment chain;
 vi. the transaction is later reversed or the subject of a chargeback by your credit card for any reason;
vii. you attempted to purchase a digital gift card in an amount that is more than the maximum amount or less than the minimum amount specified;
viii. you attempted to purchase a digital gift card after reaching the monthly limit in total digital gift card value set forth above;
 ix. your purchase fails to be completed, or the digital gift card fails to be received or displayed on your device, due to technical issues with the CouponCabin mobile application or in any step of the process;
  x. your digital gift card purchase or your transaction is the subject of a chargeback or reversal or the Gift Card Merchant subsequently denies your purchase or your transaction;
 xi. the failure or disconnection of the mobile network, wi-fi, internet service provider or other service you are using to connect to the internet;
xii. the Gift Card Merchant issuing the digital gift card withdraws, is removed or discontinues participation in the GC Service, for any reason, prior to your completion of the digital gift card purchase.

If for any reason you do not receive confirmation of your digital gift card purchase from CouponCabin, through the mobile application or by email, such purchase has not been completed and will not be a Qualifying Purchase, and no cash back will be received in connection with it.

III. **Payment Methods**

CouponCabin uses a third party to process payments (the "Payment Services Provider") in connection with the GC Service. The Payment Services Provider accepts payments through, and you are thus able to make purchases of Gift Card Merchant digital gift cards using, various credit cards, PayPal or Apple Pay, as shown on the applicable payment screen. By using a payment method with the GC Service, you represent and warrant that you have the legal right to use such payment method in such GC Service transaction. When you initiate a transaction, you authorize our Payment Services Provider to charge your payment method in the amount you enter on the applicable payment screen, and you authorize the Payment Services Provider to process and complete such transaction. You may need to provide additional information to verify your identity before completing the transaction, including but not limited to your billing address or zip code. You authorize the sharing and use of transaction data in connection with any such GC Service transaction as described above and in ways that are consistent with the above. Your credit card information (your credit card number, its expiration date and any security code) is processed by the Payment Services Provider and will not be accessible to or stored by CouponCabin in any way.

Purchases you make with any credit card are governed by the terms and conditions of use of such credit card issuer or provider, and your ability to make any purchase may be subject to limits established by your card issuer. Your payment via online/mobile payment service providers such as PayPal and Apple Pay is subject to such online/mobile payment service provider's terms and conditions of use. CouponCabin is not responsible for your failure to complete your purchase through the GC Service due to actions of your credit card or online/mobile payment service provider. You are solely responsible for maintaining the confidentiality of your PayPal or Apple Pay usernames and passwords and any other means that you may use to access such online/mobile payment service providers, and CouponCabin will not be liable to you or to any third party for the unauthorized use of your online/mobile payment service provider account through the CouponCabin mobile application on your device.

You are responsible for keeping your email address, password and all other information concerning your cash back account confidential. CouponCabin is entitled to act on instructions received under your username and password, including those received through the mobile application and in connection with the GC Service, and is not responsible for any action taken using or affecting your account by a third party who uses your username or password or otherwise gains control of your account. CouponCabin will not be responsible for any losses or liabilities incurred through the use of your account or password by a third party, including through use of the CouponCabin mobile application and in connection with the GC Service.

IV. **Receipt and Use of Gift Card**

Upon successful purchase through the GC Service, you will receive a digital gift card for the applicable Gift Card Merchant sent to the CouponCabin mobile application on your device (when available) and to the email address associated with your Cash Back account. CouponCabin will not be responsible for your failure to receive such digital gift card due to (i) the failure of such digital gift card to be received and displayed on your device through the CouponCabin mobile application due to technical issues or any other reason, (ii) your failure to check the email address on file with CouponCabin, (ii) your failure to change or update your email address in your account, (iii) your email service provider or ISP blocking or sending such email to your bulk, junk or spam email folder, (iv) such email getting lost, deleted, misplaced or being undeliverable or (v) the use or redemption of such digital gift card by another person with access to your device or your email. Your digital gift card will be sent a single time upon completion of your digital gift card purchase through the GC Service. In the event you fail to receive it, for any reason, CouponCabin will make reasonable efforts to assist you, but only during regular business hours and not in real time. Your digital gift card purchase history, and information relating to such digital gift card purchases, will be available in the CouponCabin mobile application, and will be up to date 48 hours after your most recent purchase.

All such digital gift cards are issued by third-party Gift Card Merchants, and the use and redemption of such digital gift cards are governed by the terms and conditions set by such issuing Gift Card Merchant, as well as under applicable state and federal law. You are advised to contact the merchant with any questions regarding such digital gift card terms and conditions. CouponCabin is not the issuer of any digital gift card, nor are any such third party Gift Card Merchants under the control of or related to CouponCabin. CouponCabin makes no representations or warranties of any kind regarding any digital gift card or the issuing Gift Card Merchant, including whether or not any particular location of such Gift Card Merchant will successfully redeem your digital gift card. CouponCabin is not responsible for the quality of goods or services provided to you or acquired through the use or redemption of any such digital gift card. No modifications may be made to the amount of your digital gift card after you have completed your purchase, and CouponCabin is not responsible for changes to your bill following your purchase of a digital gift card. The entire value of the digital gift card is yours following completion of your purchase, whether you use the entire amount immediately or not, and no portion of any digital gift card may be refunded. If any such Gift Card Merchant goes out of business or into bankruptcy prior to your use or redemption of all of the digital gift card value or changes its policies or practices in a way that adversely impacts the digital gift card's value to you, you agree that your sole and exclusive recourse with respect to such unused value is with the merchant in question (and not CouponCabin) and that such recourse may be subject to bankruptcy laws.

V. **Other Limitations**

CouponCabin makes no representations, warranties or guarantees regarding the availability or uptime of the GC Service, or the availability or participation of any particular Gift Card Merchant. CouponCabin shall have no liability in the event that the GC Service is unavailable or fails to complete your digital gift card transaction for any reason, including, but not limited to, (i) problems with the functioning of or unavailability of the CouponCabin mobile application for any reason, including the mobile application's crashing; (ii) improper functioning of network connections or internet access, or your inability to connect to the internet for any reason; (iii) your failure to update or keep secure the email address to which the digital gift card is sent; (iv) the inability of your specific device to successfully display a bar code or other image; (v) any technical issues or problems with our third-party digital gift card processing partner, including but not limited to its failure to send emails or digital gift cards; or (vi) your device's failure or improper functioning for any reason.

Upon completion of your digital gift card purchase through the GC Service, the digital gift card amount and the associated cash back amount received in connection with such digital gift card purchase are final. ONCE ISSUED, YOUR DIGITAL GIFT CARD CANNOT BE RETURNED OR REFUNDED FOR ANY REASON OR UNDER ANY CIRCUMSTANCES. CouponCabin is not responsible for and has no liability for errors you make in entering the amount of such digital gift card.

A participating Gift Card Merchant's digital gift cards may not be accepted at all locations. You are advised to check with your particular location before making a digital gift card purchase through the GC Service. Your purchase of a digital gift card through the GC Service is final, and CouponCabin shall have no liability in the event a particular location of a Gift Card Merchant is unable to redeem or does not accept the digital gift card.

The cash back rates, the list of participating Gift Card Merchants, and other terms of the GC Service may change frequently and without notice, and CouponCabin will not be responsible for or have any liability relating to any change in cash back rate for any Gift Card Merchant, any particular Gift Card Merchant's participation in or removal from the GC Service, or the accrual of Cash Back arising from or related to any such changes. CouponCabin makes no representations or warranties of any kind regarding the participation or availability of any Gift Card Merchant, or any particular location of such Gift Card Merchant, as part of the GC Service.

In connection with your purchase of a digital gift card through the GC Service, you may be provided information regarding custom amounts or tip amounts. Any information regarding tip amounts are for illustration only. You are advised that with respect to gift cards issued by Gift Card Merchants that are restaurants, not all such Gift Card Merchants will allow tip amounts to be paid by digital gift card, and you should check with the particular location before completing your digital gift card purchase.

VI. **Participation by Gift Card Merchants**

The list of participating Gift Card Merchants is subject to change at any time, and any participating Gift Card Merchants may discontinue participation in or be removed by CouponCabin from the GC Service at any time. CouponCabin is not responsible for and shall have no liability for any Gift Card Merchant's withdrawal, discontinuance or removal from the GC Service, or for any effect on the accrual of Cash Back arising from or related to any such changes. You are advised to check the list of participating Gift Card Merchants regularly and before any anticipated use of the GC Service, in order to ensure the availability and confirm the participation of your desired Gift Card Merchant. CouponCabin makes no representations or warranties of any kind regarding whether or not any particular location of any Gift Card Merchant will successfully redeem your digital gift card.

VII. **Changes to or Termination of GC Service**

You are hereby granted a limited, non-exclusive and revocable license to access and use the GC Service, subject to CouponCabin's right to modify, suspend or discontinue the GC Service as set forth above. CouponCabin reserves the right, in its sole discretion, at any time, to modify or terminate the GC Service or any aspect thereof, either temporarily or permanently, with or without notice. If you are dissatisfied with any aspect of the GC Service at any time, your sole and exclusive remedy is to cease using the GC Service. You agree that CouponCabin will not be liable to you or to any third party in any way as a result of or related to any modification, suspension or termination of the GC Service.

VIII. **Personal Information**

In using the GC Service on the CouponCabin mobile application, you may need to provide additional information such as your billing address or zip code in order to complete your purchase of a Gift Card Merchant digital gift card, as described above. As a condition of using the GC Service, you agree that CouponCabin has the right to collect, retain and use, subject to and in accordance with the terms of our Privacy Policy, such information collected in your use of the GC Service. Your credit card or payment service provider information will not be accessible to or stored by CouponCabin or the CouponCabin mobile application in any way.

IX. **Chargebacks**

In the event that you initiate a reversal or chargeback of a payment you make through the GC Service, you authorize CouponCabin (i) to provide any and all data and information relevant to such transaction to your credit card or payment service provider in connection with its investigation, and (ii) to provide information to your credit card or payment service provider to verify the delivery of such digital gift card to you. In the event that you initiate or incur more than one reversal or chargeback relating to a GC Service transaction, or that in the discretion of CouponCabin you misrepresent any information in connection with your initiation of such a reversal or chargeback, CouponCabin reserves the right to prohibit your use of the GC Service or to terminate your cash back account.

X. **Limitations**

Without limiting Sections 9 or 10 of these Terms, to the extent allowed by applicable law, CouponCabin hereby disclaims any liability to you in connection with or related to your use of the GC Service, including but not limited to any goods or services provided to you or acquired through the use or redemption of any Gift Card Merchant digital gift card, and any injuries, illnesses, damages, claims, liabilities and costs related to the use or redemption of a Gift Card Merchant digital gift card, and you waive and release CouponCabin and its subsidiaries, corporate affiliates, officers, directors, employees and agents from any liabilities arising from or related to the GC Service or any act or omission of a Gift Card Merchant in connection with your use or redemption of a Gift Card Merchant digital gift card or the goods or services provided to you or acquired through such use or redemption.

L. **General**

a. You are responsible for maintaining accurate Account and Payment Information at all times, including a valid email address. You are responsible for keeping your email address, password and all other information concerning your account confidential. CouponCabin is entitled to act on instructions received under your username and password and is not responsible for action taken on or affecting your account by a third party who uses your username or password. CouponCabin will not be responsible for any losses or liabilities incurred through the use of your account or password by a third party.

b. CouponCabin is not responsible for lost or stolen payments, payments delivered to the wrong mailing or physical address or bank account through no fault of CouponCabin, or for payment errors made by online payment services, banks or other third parties, including but not limited to PayPal. CouponCabin is not responsible for any processing, service or transaction fees charged by online payment services, banks or other third parties, including by not limited to PayPal.

c. In the event that you are issued payment in respect of the same cash back more than once, CouponCabin reserves the right to put a stop or hold on the duplicate payment and will not be liable for fees or costs that result from any attempt by you to deposit or collect such duplicate payment.

d. As the result of overpayment, such as (but not limited to) returns or cancellations subsequent to your cash back payment, a duplicate payment, or for other similar reason, CouponCabin reserves the right to adjust your account below zero and maintain a negative balance to the extent of such overpayment. Such negative balance may be set off against any cash back earned in connection with any Qualifying Purchases made after such time, until your account balance is no longer negative.

e. Participation is personal to you, and Cash Back earned or received may not be assigned or transferred to any third party unless expressly permitted by these Terms or by CouponCabin in writing. The sale, transfer, lending, exchange, pooling or trading of any Cash Back (or Cash Back payment obligation), other than by CouponCabin, is expressly prohibited. Any Cash Back (or Cash Back payment obligation) assigned, sold or otherwise transferred in violation of the foregoing is void.

f. You acknowledge and understand that CouponCabin is not qualified to offer, and nothing in these Terms or on the CouponCabin Website or in communications from CouponCabin should be construed or relied upon as, tax advice on the tax deductibility of the donation of any Cash Back payment made by you through CouponCabin to an eligible nonprofit or charitable organization. You acknowledge that you are solely responsible for your tax returns and any tax deductions taken in connection with donations of Cash Back payments. All nonprofit or charitable organizations listed as eligible by CouponCabin to receive donations of Cash Back payments are registered and in good standing with the IRS according to GuideStar USA, Inc., a widely known provider of third party information on nonprofits. CouponCabin is not affiliated with GuideStar and makes no representations regarding the accuracy of the GuideStar information, and shall have no liability for any information relating to nonprofit or charitable organizations that is outdated or inaccurate. A member has control of any eligible Cash Back payment and voluntarily determines whether or not to direct that such payment be sent on the member's behalf, as a donation, to an eligible nonprofit or charitable organization through CouponCabin. The member, as donor, and the nonprofit or charitable organization, as donee, must meet the requirements of the Internal Revenue Code and related regulations in order for a tax deduction to be taken by the member. Assuming such requirements are met, directing any eligible Cash Back payment to be sent by CouponCabin on your behalf as a donation to an eligible nonprofit or charitable organization would be structurally qualified to enable a tax deduction by the member.

g. By participating in Cash Back, you understand and agree that in order to provide the Cash Back service, CouponCabin will need to store certain purchase, account and payment information and use it for the purposes of administering the Cash Back program, and you authorize such storage and use, in each case as set forth in our Privacy Policy. In addition, by participating in Cash Back, you have authorized CouponCabin to receive account information from Participating Merchants, including (but not limited to) information on Qualifying Purchases such as the order number, products ordered, time and date of the Qualifying Purchase, the dollar amount of the Qualifying Purchase and email address or other contact information provided in connection with the Qualifying Purchase.

h. Cash Back has no cash value until such time as payment is actually issued to you as set forth in these Terms and properly cashed by you (or properly received through PayPal or other online payment service offered by CouponCabin) in accordance with this Agreement, and you shall have no property rights or other legal interest in Cash Back.

i. You may owe taxes on Cash Back you receive depending on the tax laws of your federal, state and local jurisdictions. You will be responsible for any and all tax liabilities arising out of your receipt of Cash Back or any other credits.

j. As set forth above in section 4.E. above, CouponCabin may cancel your account if your account has become an Inactive Account and has a balance of $0.00. You may cancel your membership or account at any time by contacting us here. Should you decide to cancel your membership, you will forfeit all accumulated Cash Back and any other credits that have not yet been paid to you. If you choose to rejoin at a later date, you will be assigned a new account with a starting balance of $0.

5. **SUBMISSIONS AND USER CONTENT**

CouponCabin does not want and cannot accept any ideas, materials, comments, feedback, or suggestions you consider to be confidential or proprietary. Accordingly, you agree that you reserve no right, title, or interest in and to any ideas, information, feedback, questions, comments, suggestions, coupon codes, deal information, printable coupons, or any other data (collectively, "Submissions") provided by you to CouponCabin on the Services or via email. Except as set forth in our Privacy Policy, CouponCabin shall have the right to treat any Submission as non-confidential and shall be free to reproduce, use, disclose, publish, modify, translate, create derivative works from and distribute Submissions to others without limitation. CouponCabin shall be free to use anything contained in such Submissions for any purpose whatsoever.

Any content found on or included as part of the Services, including Submissions, uploaded, published, displayed, transmitted, posted or submitted on or to the Services by a user ("User Content") will be subject to these Terms. With respect to any User Content generated by you on or through the Services, you represent and warrant that: (i) you own or otherwise have the right to grant the license set forth in this section with respect to such User Content, (ii) such User Content does not violate the privacy rights, publicity rights, copyrights, intellectual property rights, confidentiality rights, contract rights or any other rights of any person, and (iii) you agree to pay any and all royalties, fees, and any other monies owing any person arising in connection with such User Content appearing on the Services. If a third party claims that the posting or submission of any User Content by you is unlawful, you will bear the burden of establishing that it is lawful.

Any and all User Content shall be deemed non-confidential. By uploading, publishing, displaying, transmitting, posting or submitting any User Content on or through the Services, you hereby grant to CouponCabin a limited, non-exclusive, worldwide, perpetual, irrevocable, fully paid-up, royalty-free, sub-licensable right and license to use, modify, publicly perform, publicly display, reproduce, create derivative works of and distribute such User Content together with your name and location (city, state and/or country) for any purpose including, but not limited to, developing and improving services and information offered through the Services, reproduction, disclosure to third parties, broadcasting, transmission, promotion, posting or otherwise in any media format or channel now known or hereafter developed. This license does not entitle you to any payment from CouponCabin for any reason. CouponCabin is not obligated to publish, display or post any User Content publicly.

You further agree that you will not upload, publish, display, transmit, post or submit any User Content on or through the Services that is libelous, abusive, obscene, or otherwise contrary to applicable local, federal, or international laws and regulations. You are solely responsible for the content of any information you provide to CouponCabin.

6. **LOCATION-BASED SERVICES**

If you use location-enabled services in any application created or distributed by us (such as maps in a mobile application), you may be sending us location information. This information may reveal your actual location (such as GPS data) or it may not, such as when you submit a partial address to look at a map of the area.

7. **CONTENT DISCLAIMER**

Without limiting the disclaimer of warranties set forth below, all content or other material found on, provided by or through or included as part of the Services is provided on an "as is" and "as available" basis without warranties of any kind, either express or implied. CouponCabin is not liable for any inaccuracies, errors, omissions or miscalculations in any of the content or other material found on, provided by or through or included as part of the Services, nor are we liable for your reliance on such content or material, or for any occurrences, outcomes or results relating to or arising from such reliance, whether or not such consequences were foreseeable. CouponCabin is not responsible for any statements, warranties, representations, offers, events or advertisements made by any third party in any content or other material found on, provided by or through or included as part of the Services.

8. **PRIVACY**

Use of the Services is further governed by CouponCabin's Privacy Policy, which is incorporated into this Agreement by reference.

9. **DISCLAIMER OF WARRANTIES**

COUPONCABIN AND ITS ADVERTISERS, VENDORS, PRODUCT OR SERVICE PROVIDERS, AND LICENSORS MAKE NO REPRESENTATIONS OR WARRANTIES ABOUT THE SERVICES, THE SUITABILITY OF THE CONTENT, INFORMATION, SERVICES, OR MATERIALS CONTAINED ON OR RECEIVED THROUGH USE OF THE SERVICES, OR ANY SITES LINKED TO OR FROM THE SERVICES, OR ANY SERVICES OR PRODUCTS RECEIVED THROUGH OR AS A RESULT OF INFORMATION PROVIDED BY THE SERVICES. ALL INFORMATION AND USE OF THE SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE," WITHOUT WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED.

COUPONCABIN AND ITS ADVERTISERS, VENDORS, PRODUCT OR SERVICE PROVIDERS, AND LICENSORS HEREBY DISCLAIM ALL WARRANTIES WITH REGARD TO THE SERVICES, THE INFORMATION CONTAINED ON OR RECEIVED THROUGH USE OF THE SERVICES, AND ANY SERVICES OR PRODUCTS RECEIVED THROUGH THE SITE OR INFORMATION PROVIDED BY THE SERVICES, INCLUDING BUT NOT LIMITED TO ALL EXPRESS, STATUTORY, AND IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT, OR WITH RESPECT TO THE ACCURACY, RELIABILITY, CORRECTNESS, OR COMPLETENESS OF ANY CONTENT, INFORMATION, SERVICES, OR OTHER MATERIALS MADE AVAILABLE ON OR THROUGH THE SERVICES OR ANY SITES LINKED TO OR FROM THE SERVICES. YOUR USE OF THE SITE IS SOLELY AT YOUR RISK. YOU AGREE THAT YOU HAVE RELIED ON NO WARRANTIES, REPRESENTATIONS OR STATEMENTS OTHER THAN IN THIS AGREEMENT.

COUPONCABIN AND ITS ADVERTISERS, VENDORS, PRODUCT OR SERVICE PROVIDERS, AND LICENSORS DO NOT WARRANT THAT THE SERVICES WILL BE AVAILABLE AT ANY PARTICULAR TIME OR LOCATION; THAT ANY DEFECTS OR ERRORS WILL BE CORRECTED; OR THAT THE CONTENTS OR ANY INFORMATION RECEIVED THROUGH THE SERVICES IS FREE OF ERRORS, VIRUSES, OR OTHER HARMFUL COMPONENTS.

IN THE EVENT THAT ANY APPLICABLE LAW DOES NOT PERMIT THE EXCLUSION OF SOME OR ALL OF THE ABOVE IMPLIED WARRANTIES TO APPLY TO YOU, THE ABOVE EXCLUSIONS WILL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

10. **LIMITATION OF LIABILITY**

UNDER NO CIRCUMSTANCES SHALL COUPONCABIN OR ITS ADVERTISERS, VENDORS, PRODUCT OR SERVICE PROVIDERS, OR LICENSORS BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THE SERVICES, INCLUDING BUT NOT LIMITED TO DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES THAT RESULT FROM, OR ARISE OUT OF THE USE OF, OR INABILITY TO USE, THE SERVICES, THE INFORMATION CONTAINED ON OR RECEIVED THROUGH USE OF THE SERVICES, THE PRODUCTS OR SERVICES LISTED OR ADVERTISED ON THE SERVICES, OR ANY SERVICES OR PRODUCTS RECEIVED, POSTED, EMAILED, TRANSMITTED OR OTHERWISE MADE AVAILABLE VIA THE SERVICES. THIS LIMITATION APPLIES WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR ANY OTHER BASIS, EVEN IF COUPONCABIN OR ITS OFFICERS, MEMBERS, MANAGERS, DIRECTORS, EMPLOYEES, AGENTS, LICENSORS, ADVERTISERS, VENDORS, OR PRODUCT OR SERVICE PROVIDERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

11. **INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless CouponCabin, its advertisers, vendors, product and service providers, licensors, parents, subsidiaries and other affiliated companies, and their employees, contractors, members, managers, officers, shareholders, agents and directors from all liabilities, claims, losses, damages, obligations, costs, and expenses, including attorney's fees, that arise from or relate to (a) your use of and access to the Services, or any services, information or products from the Services; (b) your violation or breach of any of the terms of this Agreement or your representations and warranties; (c) your violation of the rights of any third party, including but not limited to any copyright, property, or privacy right; or (d) any claim that one or more of your submissions to the Services has caused damage to a third party. This defense and indemnification obligation will survive your use of the Services. CouponCabin reserves the right to assume the exclusive defense and control of any claim for which we or any of the indemnitees listed above are entitled to indemnification hereunder. In such event, you shall pay all fees and costs for such defense and shall provide us with such cooperation at no charge as is reasonably requested by us to assert any available defenses.

12. **COPYRIGHT POLICY**

If you believe in good faith that any content or other material found on the Services has been copied in a way that constitutes copyright infringement, you may request removal of those materials (or access to them) from the Services by submitting written notification to our copyright agent designated below. In accordance with the Online Copyright Infringement Liability Limitation Act of the Digital Millennium Copyright Act (17 U.S.C. § 512) ("DMCA"), the written notice must include substantially the following: (i) your contact information, including your name, address, telephone number, and email address; (ii) identification and description of each copyrighted work that you claim has been infringed; (iii) the exact URL or location of the material that you claim is infringing; (iv) a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; (v) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; and (vi) a statement by you, made under penalty of perjury, that the information in your notice is accurate and that you are the copyright owner or are authorized to act on behalf of the copyright owners. Our designated agent to receive notices of alleged infringement under the DMCA is:

CouponCabin LLC
1319 119th Street, 2nd Floor
Whiting, Indiana 46394
Attn: Legal Department
Email: legal@couponcabin.com

If you fail to comply with all of the requirements of Section 512(c)(3) of the DMCA, your notification under the DMCA may not be effective. Please be aware that if you knowingly materially misrepresent that material or activity on the Services is infringing your copyright, you may be held liable for damages (including costs and attorneys' fees) under Section 512(f) of the DMCA.

13. **LEGAL COMPLIANCE**

CouponCabin may suspend or terminate this Agreement or a user's use immediately upon receipt of any notice which alleges that a user has used the Services for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault others, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, CouponCabin may disclose the user's identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and CouponCabin shall not be liable for damages or results thereof and user agrees not to bring any action or claim against CouponCabin for such disclosure.

The failure of CouponCabin to comply with this Agreement because of an act of God, war, fire, riot, terrorism, earthquake, actions of federal, state or local governmental authorities or for any other reason beyond the control of CouponCabin shall not be deemed a breach of this Agreement.

14. **THIS AGREEMENT**

This Agreement, together with the Privacy Policy, constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties and shall not be changed except by written agreement signed by an officer of CouponCabin. CouponCabin's failure to exercise or enforce any rights or provisions in this Agreement will not constitute, and shall not be construed as, a waiver of such provision or any other provision of this Agreement. If any provision of this Agreement is found by a proper authority to be unenforceable or invalid, such unenforceability or invalidity shall not render this Agreement unenforceable or invalid as a whole and in such event, such provision shall be changed and interpreted so as to best accomplish the objectives of such unenforceable or invalid provision within the limits of applicable law or applicable court decisions. The section headings in this Agreement are for convenience only and must not be given any legal import.

In connection with your use of the Services, you may be asked to consent to policies or terms and conditions in addition to these Terms. Please read these supplemental policies and terms carefully before making any use of such portions of the Services. Any supplemental terms inconsistent with these Terms will not vary or replace these Terms regarding any use of the Services, unless otherwise expressly stated.

15. **TRANSFER OF RIGHTS**

This Agreement, or any portion hereof, and any rights and licenses granted hereunder, may not be assigned or transferred by you but may be assigned or transferred by CouponCabin without restriction.

16. **DISPUTE RESOLUTION**

A. **Binding Arbitration**

Except for the exclusions and restrictions set forth below in this Section 16, you and CouponCabin agree that any and all disputes, claims or controversies between you and CouponCabin arising out of or relating to this Agreement (including the interpretation, making, performance, breach or termination thereof) or any use of the Services ("Claims") shall be settled by final and binding arbitration before a single arbitrator under the Comprehensive Arbitration Rules and Procedures ("Rules") of JAMS by a single arbitrator appointed by JAMS in accordance with the Rules, or by such other arbitration association as mutually agreed by the parties. Arbitration proceedings shall take place in Lake County, Indiana, in the English language. Judgment on the award rendered by the arbitrator shall be final and may be entered by any court having jurisdiction over the parties for purposes of enforcement. The arbitrator shall not have authority to award punitive damages. For purposes of this Agreement, "Claims" includes without limitation the validity, enforceability or scope of this dispute resolution section (with the exception of the enforceability of the class action waiver provision set forth below) and "CouponCabin" means CouponCabin and its parents, subsidiaries and affiliated companies and each of their respective owners, officers, directors, employees and agents. This arbitration undertaking is made pursuant to and in connection with a transaction involving interstate commerce, and shall be governed by and construed and interpreted in accordance with the Federal Arbitration Act at 9 U.S.C. Section 1, et seq. This arbitration provision shall survive termination of this Agreement. If an award granted by the arbitrator exceeds $75,000, either party can appeal that award to a three-arbitrator panel administered by the same arbitration organization by a written notice of appeal filed within thirty (30) days from the date of entry of the written arbitration award. The members of the three-arbitrator panel will be selected according to the rules of the arbitration organization.

B. **Class Action Waiver**

You and CouponCabin agree that all Claims will be arbitrated on an individual basis and that there will be no class, consolidated or representative actions in arbitration. There shall be no right or authority for any claims to be arbitrated or litigated on a class action or consolidated basis or on bases involving Claims brought in a purported representative capacity on behalf of the general public, other users or other persons similarly situated. You and CouponCabin may not participate in a class or representative action against the other party as a class member if the class action asserts claims that would fall within the scope of this arbitration agreement if they were asserted directly. You and Coupon Cabin agree that this class action waiver is an essential part of the arbitration agreement and that the class action waiver may not be severed from the arbitration agreement. If this class action waiver is found to be unenforceable by any court or arbitrator, then the entire arbitration agreement set forth wherein will not apply to any Claim between the parties. If the arbitration agreement is found to be unenforceable by any court or arbitrator, then you and CouponCabin agree that any proceedings in court will be conducted on an individual basis and that there will be no class or representative actions.

C. **Severability**

If any clause within this dispute resolution section (other than the class action waiver clause set forth above) is found to be unenforceable by any court or arbitrator, that clause will be severed from this dispute resolution section and the remainder will be given full force and effect. If a Claim proceeds in court or is not subject to arbitration, you and CouponCabin waive, to the fullest extent allowed by law, any right to jury trial.

D. **Excluded Claims**

You and CouponCabin agree that the following will not be subject to arbitration ("Excluded Claims"): (1) any Claim relating to the validity or infringement of any party's intellectual property right (such as trademarks, trade dress, copyright and patents), (2) any Claim relating to or arising from allegations associated with unauthorized use of or access to the Services in violation of any of the provisions of Section 3 (Use of the Site and Services) of this Agreement; (3) any Claim where you or CouponCabin are seeking preliminary injunctive relief (including a temporary restraining order); and (4) any Claim proceeding on an individual (non-class, non-consolidated, non-representative) basis filed in a court that is limited to adjudicating small claims (small claims court proceeding).

E. **Fees**

In the event that either party initiates a proceeding involving any Claim (except for any Excluded Claim) other than an arbitration in accordance with this Section 16, or initiates a proceeding involving a Claim other than in the forum specified in Section 17 below, the other party shall recover all attorneys' fees and expenses reasonably incurred in enforcing this agreement to arbitrate and the forum to which the parties have herein agreed.

17. **CHOICE OF LAW AND FORUM**

The Services (excluding third party linked sites) can be accessed from all 50 States as well as from other countries around the world to the extent permitted by the Services and applicable law. As each of these places may have differing laws, by accessing the Services, both you and CouponCabin agree that the statutes and laws of the State of Indiana shall apply to any and all Claims, without regard to conflicts of laws principles thereof. For any Claims that are not subject to arbitration or that proceed in court, you and CouponCabin agree that the exclusive jurisdiction and venue for proceedings involving any such Claim shall be the courts of competent jurisdiction sitting within Lake County, Indiana, and you and CouponCabin hereby waive (i) any argument that any such court does not have personal jurisdiction or that any such court is not appropriate or convenient and (ii) to the fullest extent allowed by law, any right to jury trial. Any legal proceedings shall be conducted in English. CouponCabin makes no representation that materials and content found on, provided by or through or included as part of the Services are appropriate or available for use in other locations, and accessing them from territories where their contents are illegal is prohibited. This Agreement shall not be governed by the United Nations Convention on Contracts for the Sale of Goods.

18. **CONTACT INFORMATION**

Please submit any questions, complaints or issues related to the Services or your use of the Services here.